4. The parties' rights and obligations as of the date of this order are hereby preserved and left intact until this stay is lifted in the event that further proceedings in this Court may prove necessary. Neither party is under any obligation to take any action with respect to this case (including any obligation to move, plead or otherwise respond to the operative complaint) until such time as this stay is lifted and any deadline to take any action, including bringing this matter to trial, shall be tolled during the period of this stay (without prejudice to arguments concerning any deadlines that may exist at the time the stay is entered);

5. The parties shall promptly notify the Court following the date the California Supreme Court's judgment in *Brinker* becomes final, at which time, the Court may schedule further proceedings, as appropriate. The parties agree that, in the event this case is remanded to state court, the parties will also seek an appropriate stay in state court.

DATED: February __, 2009      GIBSON, DUNN & CRUTCHER LLP

By:_____
          G. Charles Nierlich

Attorneys for Defendant WAL-MART STORES, INC.

DATED: February 19, 2009      WAGNER & JONES

By:_____
          Andrew B. Jones

Attorneys for Plaintiffs

This case is stayed expect for the Motion to Remand.

100598931_2

IT IS SO ORDERED

*Susan Illston*

Judge Susan Illston

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

Gibson, Dunn & Crutcher LLP