G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone:    415.393.8200
Facsimile:    415.393.8306

JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
bevanson@gibsondunn.com
STEPHANIE M. MATTHEWS, SBN 274812
smatthews@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD C. BRYAN, VIRGIL CALDWELL, CARROLL HAMPTON, and ROBERT RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, JEFFREY HAMMOND, and DOE ONE through and including DOE FIFTY,<br><br>Defendants. | CASE NO. 3:08-cv-05221-SI<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO POSTPONE SETTING THE INITIAL CASE MANAGEMENT CONFERENCE, PROVIDE FOR FURTHER AMENDMENT OF COMPLAINT, AND EXTEND TIME TO RESPOND** |

Gibson, Dunn & Crutcher LLP

SECOND STIPULATION AND [PROPOSED] ORDER TO POSTPONE SETTING THE INITIAL CASE MANAGEMENT CONFERENCE, PROVIDE FOR FURTHER AMENDMENT OF COMPLAINT, AND EXTEND TIME TO RESPOND
CASE NO. 3:08-cv-05221-SI

1    WHEREAS, on February 19, 2009, the Court ordered this action stayed until the Supreme

2    Court's decision in *Brinker Restaurant Corporation v. Superior Court*, Case No. S166350, became

3    final;

4    WHEREAS, on February 26, 2009, the Court vacated the Case Management Conference

5    previously scheduled for April 3, 2009;

6    WHEREAS, on May 15, 2012, the parties filed the Notice of California Supreme Court's

7    Decision in *Brinker Restaurant Corporation v. Superior Court* (S166350);

8    WHEREAS, on May 18, 2012, the Court scheduled the initial Case Management Conference

9    to occur on June 15, 2012;

10    WHEREAS, on May 18, 2012, the parties filed a Stipulation (Docket No. 42, "May 18[th]

11    Stipulation") setting the current deadline to respond to the First Amended Complaint ("FAC") for

12    July 19, 2012 and requested that the CMC be postponed until a date after July 19, 2012;

13    WHEREAS, the parties met and conferred on May 18, 2012 and are in the process of

14    continuing to meet and confer about a further amendment of the FAC in light of intervening case law

15    and legal developments during the stay and are in the process of continuing to meet and confer about

16    a possible Motion to Dismiss any further amended version of the complaint;

17    WHEREAS, the parties recognize that they will be able to develop a discovery plan and

18    proceed with this action more efficiently once any pleadings have been settled;

19    WHEREAS, the parties have agreed that Plaintiffs' counsel will send Defendant's counsel a

20    proposed Second Amended Complaint ("SAC") by 5:00 p.m. on Monday, June 25, 2012, to be

21    reviewed by Defendant's counsel on an informal basis;

22    WHEREAS, this stipulation and the corresponding postponed date to respond to Plaintiffs'

23    FAC or any further amended complaint and the corresponding proposed date for the Court to set the

24    initial Case Management Conference will not alter any other deadlines presently on calendar in this

25    matter;

26    WHEREAS, the parties intend that if this stipulation is filed and the request herein is granted,

27    this stipulation and proposed order will supersede the May 18th Stipulation;

28    NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE that:

2

1.   Plaintiffs shall file their request for leave to file the SAC (along with the proposed SAC) by Monday, July 9, 2012 and, provided this stipulation is approved by the Court, the parties agree in principle to stipulate to the terms of any reasonable request for leave to file the SAC;

2.   The time to respond to the SAC is hereby extended until Friday, August 31, 2012;

AND THE PARTIES JOINTLY STIPULATE AND REQUEST that the Court set the following schedule:

1.   If a motion to dismiss and/or other motion directed to the pleadings is filed, any Opposition thereto shall be filed by Monday, September 24, 2012, and any Reply thereto shall be filed by Tuesday, October 9, 2012, and the hearing shall be set for the first available date after Tuesday, October 23, 2012;

2.   The initial Case Management Conference shall be set for a date of the Court's choosing no earlier than sixty (60) days after the hearing on the Motion to Dismiss the SAC or, if an Answer to the SAC is filed instead, then no earlier than thirty (30) days after the Answer is filed.

1

Respectfully submitted,

2

Dated: May 22, 2012

3

GIBSON, DUNN & CRUTCHER LLP

4

5

/s/
Julian W. Poon

6

Attorney for Defendant
WAL-MART STORES, INC.

7

8

Dated: May 22, 2012

WAGNER & JONES

9

10

/s/
Daniel M. Kopfman

11

Attorney for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

SECOND STIPULATION AND [PROPOSED] ORDER TO POSTPONE SETTING THE INITIAL CASE MANAGEMENT CONFERENCE,
PROVIDE FOR FURTHER AMENDMENT OF COMPLAINT, AND EXTEND TIME TO RESPOND
CASE NO. 3:08-CV-05221-SI

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    Dated:          May 22          , 2012

3

4                                                    By:  _____

5                                                         Honorable Susan Illston

6                                                         United States District Judge

7        The initial case management conference is continued to July 20, 2012, at 2:30
         p.m.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND [PROPOSED] ORDER TO POSTPONE SETTING THE INITIAL CASE MANAGEMENT CONFERENCE,
PROVIDE FOR FURTHER AMENDMENT OF COMPLAINT, AND EXTEND TIME TO RESPOND
CASE NO. 3:08-CV-05221-SI