JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
bevanson@gibsondunn.com
STEPHANIE MATTHEWS, SBN 274812
smatthews@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD C. BRYAN, VIRGIL CALDWELL, CARROLL HAMPTON, and ROBERT RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, JEFFREY HAMMOND, and DOE ONE through and including DOE FIFTY,<br><br>Defendants. | CASE NO. 3:08-cv-05221-SI<br><br>**DEFENDANT WAL-MART STORES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 2, 2012

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Stephanie M. Matthews*
Stephanie M. Matthews
Attorney for Defendant Wal-Mart Stores, Inc.