**GIBSON, DUNN & CRUTCHER LLP**
JULIAN W. POON, SBN 219843
　jpoon@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
　jcripps@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
bevanson@gibsondunn.com
STEPHANIE M. MATTHEWS, SBN 274812
smatthews@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
WAL-MART STORES, INC.

**LAW OFFICES OF WAGNER & JONES LLP**
ANDREW B. JONES, SBN 076915
DANIEL M. KOPFMAN, SBN 192191
1111 East Herndon Avenue, Suite 317
Fresno, CA 93720
Telephone: (559) 449-1800
Facsimile: (559) 449-0749

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BROWN, CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, DENNIS COLE, NINO PAGTAMA, WILLIE FRANKLIN, TIME OPITZ, THOMAS BRYSON, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN, <br><br>Plaintiffs, <br><br>v. <br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty, <br><br>Defendants. <br><br>Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.* | CASE NO. 3:08-cv-05221-SI <br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 28, 2013** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 28, 2013
CASE NO. 3:08-CV-05221-SI

1  WHEREAS, on April 18, 2013, the Court granted in part Defendant's motion to dismiss the Third Amended Complaint with leave to amend and ordered the Further Case Management Conference to be continued to June 21, 2013;

WHEREAS, on May 10, 2013, Plaintiffs filed the Fourth Amended Complaint;

WHEREAS, Defendant has filed a motion to dismiss the Fourth Amended Complaint, and the hearing on that motion is scheduled for June 28, 2013 at 9:00 a.m.;

WHEREAS, the parties believe that continuing the Further Case Management Conference from June 21, 2013 to June 28, 2013 at 9:00 a.m. will be most efficient and economical for the parties and the Court, because it will allow the Further Case Management Conference to be heard immediately following the motion to dismiss the Fourth Amended Complaint and will allow for discussion of next steps in light of the Court's ruling on that motion;

WHEREAS, rescheduling the Further Case Management Conference will not alter any other deadlines presently on calendar in this matter;

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AND RESPECTFULLY REQUEST that the Court continue the Further Case Management Conference from June 21, 2013 to June 28, 2013 at 9:00 a.m.

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 28, 2013
CASE NO. 3:08-CV-05221-SI

Respectfully submitted,

Dated: June 6, 2013

GIBSON, DUNN & CRUTCHER LLP

/s/ *Jesse A. Cripps*
Jesse A. Cripps
Attorney for Defendant
WAL-MART STORES, INC.

Dated: June 6, 2013

WAGNER & JONES LLP

/s/
Daniel M. Kopfman
Attorney for Plaintiffs

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 28, 2013
CASE NO. 3:08-CV-05221-SI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/17, 2013

By: *Susan Illston*

Honorable Susan Illston

United States District Judge

Gibson, Dunn & Crutcher LLP

4
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 28, 2013
CASE NO. 3:08-CV-05221-SI