| | |
|---|---|
| 1 | **LAW OFFICES OF WAGNER JONES KOPFMAN & ARTENIANI LLP** |
| 2 | ANDREW B. JONES, SBN 076915 |
| | DANIEL M. KOPFMAN, SBN 192191 |
| 3 | 1111 East Herndon Avenue, Suite 317 |
| | Fresno, CA 93720 |
| 4 | Telephone: (559) 449-1800 |
| | Facsimile: (559) 449-0749 |
| 5 | Attorneys for Plaintiffs |
| 6 | **GIBSON, DUNN & CRUTCHER LLP** |
| | JULIAN W. POON, SBN 219843 |
| 7 | jpoon@gibsondunn.com |
| | JESSE A. CRIPPS, SBN 222285 |
| 8 | jcripps@gibsondunn.com |
| | BLAINE H. EVANSON, SBN 254338 |
| 9 | bevanson@gibsondunn.com |
| | STEPHANIE M. MATTHEWS, SBN 274812 |
| 10 | smatthews@gibsondunn.com |
| | 333 South Grand Avenue |
| 11 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 12 | Facsimile: 213.229.7520 |
| 13 | Attorneys for Defendant |
| | WAL-MART STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BROWN, CHARLES RIDGEWAY, JAIME FAMOSO, RICHARD BYERS, DAN THATCHER, DENNIS COLE, NINO PAGTAMA, WILLIE FRANKLIN, TIME OPITZ, THOMAS BRYSON, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty, <br><br> Defendants. <br><br> Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.* | CASE NO. 3:08-cv-05221-SI <br><br> **STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER DISMISSING THE CLAIMS OF PLAINTIFFS RICHARD BROWN, DENNIS COLE, AND THOMAS BRYSON** |

Gibson, Dunn & Crutcher LLP

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING THE CLAIMS OF
PLAINTIFFS RICHARD BROWN, DENNIS COLE, AND THOMAS BRYSON
CASE NO. 3:08-CV-05221-SI

Plaintiffs Richard Brown, Dennis Cole, and Thomas Bryson, through their designated counsel, hereby dismiss their claims against Defendant Wal-Mart Stores, Inc. ("Wal-Mart") in the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 17, 2013

Respectfully submitted,

WAGNER & JONES LLP

/s/ _____
Daniel M. Kopfman
Attorney for Plaintiffs

Dated: December 18, 2013

GIBSON, DUNN & CRUTCHER LLP

/s/ Jesse A. Cripps/smn
Jesse A. Cripps
Attorney for Defendant
WAL-MART STORES, INC.

2

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING THE CLAIMS OF
PLAINTIFFS RICHARD BROWN, DENNIS COLE, AND THOMAS BRYSON
CASE NO. 3:08-CV-05221-SI

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated:        12/19     , 2013

                                    By: _____
                                    Honorable Susan Illston
                                    United States District Judge

3

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING THE CLAIMS OF
PLAINTIFFS RICHARD BROWN, DENNIS COLE, AND THOMAS BRYSON
CASE NO. 3:08-CV-05221-SI

Gibson, Dunn & Crutcher LLP