```
 1  GIBSON, DUNN & CRUTCHER LLP
    JULIAN W. POON, SBN 219843
 2  jpoon@gibsondunn.com
    JESSE A. CRIPPS, SBN 222285
 3  jcripps@gibsondunn.com
    BLAINE H. EVANSON, SBN 254338
 4  bevanson@gibsondunn.com
    STEPHANIE M. MATTHEWS, SBN 274812
 5  smatthews@gibsondunn.com
    333 South Grand Avenue
 6  Los Angeles, CA  90071-3197
    Telephone: 213.229.7000
 7  Facsimile: 213.229.7520

 8  Attorneys for Defendant
    WAL-MART STORES, INC.
 9
    LAW OFFICES OF WAGNER & JONES LLP
10  ANDREW B. JONES, SBN 076915
    DANIEL M. KOPFMAN, SBN 192191
11  1111 East Herndon Avenue, Suite 317
    Fresno, CA  93720
12  Telephone: (559) 449-1800
    Facsimile: (559) 449-0749
13
    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BROWN, CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, DENNIS COLE, NINO PAGTAMA, WILLIE FRANKLIN, TIME OPITZ, THOMAS BRYSON, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty,<br><br>Defendants.<br><br>Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.* | CASE NO. 3:08-cv-05221-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF MEDIATION AND CLASS CERTIFICATION DATES** |

WHEREAS, this Court previously granted the parties' stipulation to participate in mediation and the deadline for mediation is currently set for March 14, 2013, pursuant to an order issued by this Court on December 20, 2013;

WHEREAS, in its order of December 20, 2013, and by agreement of the parties, the Court also set a class certification schedule, with Plaintiffs' motion due by March 24, 2014, Wal-Mart's opposition due by April 21, 2014, Plaintiffs' reply due by May 5, 2014, and a hearing set for May 23, 2014;

WHEREAS, in December 2013, the parties agreed to participate in private mediation before Michael E. Dickstein, and have already had several discussions with Mr. Dickstein and have engaged in a substantial exchange of data and information in preparation for a March 4, 2014 mediation date, but through those discussions and due to the complexity of the claims and allegations at issue in this case, it has become clear that additional information is needed to conduct a meaningful mediation;

WHEREAS, the parties believe that a short continuance of the mediation deadline, along with a corresponding continuance of the class certification deadlines is necessary to permit them to engage in meaningful mediation;

WHEREAS, the parties have agreed, with the consent of Michael Dickstein and subject to the approval of this Court, to move the mediation date to April 7, 2014—a continuance of only 24 days beyond the current mediation deadline;

WHEREAS, continuing the mediation deadline and class certification briefing and hearing deadlines will not alter any other deadlines presently on calendar in this matter;

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AND RESPECTFULLY REQUEST:

1. That the mediation deadline be continued to April 7, 2014; and
2. That the class certification deadlines be continued to Monday, May 5, 2014 for Plaintiffs' class certification motion, Monday, June 2, 2014 for Wal-Mart's opposition, Monday, June 16, 2014 for Plaintiffs' reply, and Friday, June 27, 2014 for the class certification hearing.

Respectfully submitted,

Dated: February 14, 2014

GIBSON, DUNN & CRUTCHER LLP

/s/ *Jesse A. Cripps* / AYP
Jesse A. Cripps
Attorney for Defendant
WAL-MART STORES, INC.

Dated: February 14, 2014

WAGNER & JONES LLP

/s/
Daniel M. Kopfman
Attorney for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/25, 2014

By: *Susan Illston*

Honorable Susan Illston
United States District Judge