IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES RIDGEWAY, et al.,

    Plaintiffs,

  v.

WAL-MART STORES INC.,

    Defendant.
                                               /

No. C 08-5221 SI

**ORDER DENYING MOTION TO FILE UNDER SEAL**

    Currently before the Court is plaintiffs' administrative motion, pursuant to Local Rule 79-5(e), to file documents under seal. Docket No. 117. On May 16, 2014, plaintiffs moved the Court for an Order to permit the filing of their opposition to defendant's motion for partial summary judgment and supporting evidence under seal – if defendant Wal-Mart establishes the material is sealable. *Id*.

    Under Civil Local Rule 79-5(e), where "the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order . . . [,] [w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." To date, Wal-Mart has not filed the required declaration. Accordingly, the Court DENIES plaintiff's motion to seal.

**IT IS SO ORDERED.**

Dated: May 27, 2014

                                                                                                    *Susan Illston*
                                                                    SUSAN ILLSTON
                                                                    United States District Judge