IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation dba WAL-MART TRANSPORTATION LLC and DOES 1-50, inclusive.<br><br>Defendant.<br>_____/ | No. C 08-05221 SI<br><br>**ORDER RE: DISCOVERY LETTER** |

The Court hereby directs the parties to meet and confer regarding any outstanding discovery issues, as required by this Court's standing order.

**IT IS SO ORDERED.**

Dated: June 3, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE