IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGEWAY, | No. C 08-05221 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| WAL-MART STORES INC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 27, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 25, 2015.

DESIGNATION OF EXPERTS: 7/1/15; REBUTTAL: 7/20/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 25, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by September 25, 2015;

    Opp. Due October 9, 2015;  Reply Due October 16, 2015;

    and set for hearing no later than October 30, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 22, 2015 at 3:30 PM.

JURY TRIAL DATE: January 19, 2016 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The proposed Class Notice shall be submitted to Court by 12/12/14 (with a cutoff date of 12/5/14). Class notice shall go out on 12/29/14, and the Opt Out deadline is 2/27/15.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/8/14

SUSAN ILLSTON
United States District Judge