UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES INC.,<br><br>        Defendant. | Case No. 08-cv-05221-SI<br><br>**ORDER RE: CLASS NOTICE** |

At the case management conference held on December 5, 2014, the parties informed the Court that they were still working on the text of the class notice to be sent to class members, and represented that they would submit to the Court a joint report by December 12, 2014. The parties have submitted the joint report. However, three issues remain in dispute: (1) reference to plaintiffs as "former employees"; (2) the language regarding costs; and (3) methods by which individuals are able to opt-out and the corresponding language.

The Court rules as follows:

(1) Reference to plaintiffs as former employees

The plaintiffs may be referred to as "former employees of Wal-Mart."


(2) The language regarding costs

The following language may <u>not</u> be included in the class notice: "If you choose not to be excluded from the class and the claims against Wal-Mart are determined to be without merit, a court possibly may assess against you and other class members Wal-Mart's costs in defending the lawsuit (excluding any attorney's fees)."

(3) Methods by which individuals are able to opt-out

   The class notice will read:

| **ASK TO BE EXCLUDED USING ONE OF THE TWO METHODS BELOW BY [DATE]** | **Do not participate in this lawsuit.**<br><br>If you ask to be excluded, you will not be a class member in this lawsuit and you will receive no money from any settlement or judgment in this class action lawsuit. |
|---|---|

Your options are explained in this notice. To be excluded from the class action, you must act before [insert date 60 days after mailing]. You must do one of the following:

- Return the enclosed "Exclusion Request" postcard by mail (postage pre-paid), to be postmarked no later than [date]; or

- Request exclusion on the following website no later than [date]: [website]

Any questions? Read on.

   **IT IS SO ORDERED**.

Dated:  December 18, 2014

_____
SUSAN ILLSTON
United States District Judge