1  **GIBSON, DUNN & CRUTCHER LLP**
   CATHERINE A. CONWAY, SBN 98366
2  cconway@gibsondunn.com
   JULIAN W. POON, SBN 219843
3  jpoon@gibsondunn.com
   JESSE A. CRIPPS, SBN 222285
4  jcripps@gibsondunn.com
   BLAINE H. EVANSON, SBN 254338
5  bevanson@gibsondunn.com
   333 South Grand Avenue
6  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
7  Facsimile: 213.229.7520

8  Attorneys for Defendant
   WAL-MART STORES, INC.
9

10 **LAW OFFICES OF WAGNER & JONES LLP**
   ANDREW B. JONES, SBN 076915
11 DANIEL M. KOPFMAN, SBN 192191
   1111 East Herndon Avenue, Suite 317
12 Fresno, CA  93720
   Telephone: (559) 449-1800
13 Facsimile: (559) 449-0749

14 Attorneys for Plaintiffs

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA* (seal)

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | CHARLES RIDGEWAY, JAIME FAMOSO, | CASE NO. 3:08-cv-05221-SI |
19 | JOSHUA HAROLD, RICHARD BYERS, | |
   | DAN THATCHER, NINO PAGTAMA, | **REQUEST TO CONTINUE CASE** |
20 | WILLIE FRANKLIN, TIM OPITZ, FARRIS | **MANAGEMENT CONFERENCE** |
   | DAY, KARL MERHOFF, and MICHAEL | |
21 | KROHN, | |
22 |                   Plaintiffs, | Date:    April 3, 2015 |
   |                                 | Time:    3:00 p.m. |
23 |          v.                    | Place:   Courtroom 10 |
   |                                 | Before:  Judge Susan Illston |
24 | WAL-MART STORES, INC., a Delaware | |
   | corporation d/b/a WAL-MART | |
25 | TRANSPORTATION LLC, and Does One | |
   | through and including Doe Fifty, | |
26 |                                 | |
   |                   Defendants. | |
27 |                                 | |
   | [Previously captioned as *Bryan et al. v. Wal-* | |
28 | *Mart Stores, Inc.*] | |

Having sought and obtained permission of the Court, the parties hereby request that the Court move the case management conference currently scheduled for February 27, 2015 at 3:00 p.m. to April 3, 2015 at 3:00 p.m. The parties have received the Court's permission to appear telephonically for the case management conference.

Respectfully submitted,

Dated: February 24, 2015          GIBSON, DUNN & CRUTCHER LLP

                                        */s/ Jesse A. Cripps*
                                        Jesse A. Cripps
                                    Attorney for Defendant
                                    WAL-MART STORES, INC.

Dated: February 24, 2015          WAGNER & JONES LLP

                                        */s/ Nicholas Wagner*
                                        Nicholas Wagner
                                    Attorney for Plaintiffs

**Attorney Attestation**

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

DATED: February 24, 2015          GIBSON, DUNN & CRUTCHER LLP

                                        */s/ Jesse A. Cripps*
                                        Jesse A. Cripps
                                    Attorney for Defendant
                                    WAL-MART STORES, INC.