IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGEWAY,<br><br>             Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC,<br><br>             Defendant.<br>_____/ | No. C 08-05221 SI<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 10, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 3, 2015.

DESIGNATION OF EXPERTS: 10/9/15; REBUTTAL: 10/28/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 3, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by January 15, 2016;

    Opp. Due January 29, 2016;  Reply Due February 5, 2015;

    and set for hearing no later than February 19, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 12, 2016 at 3:30 PM.

JURY TRIAL DATE: April 25, 2016 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Since the trial schedule has been adjusted, they maybe able to resolve the pending discovery disputes. If they are not able to reach an agreement on the discovery issues, they must submit a joint letter that is in compliance with the Court's Standing Order.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge