UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>WAL-MART STORES INC.,<br><br>    Defendant. | Case No. 08-cv-05221-SI<br><br>**ORDER REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 209, 210 |

The Court REFERS the pending discovery dispute to a Magistrate Judge for resolution. Dkt. Nos. 209, 210.

**IT IS SO ORDERED.**

Dated: June 19, 2015

_____
SUSAN ILLSTON
United States District Judge