**WAGNER, JONES, KOPFMAN,**
**& ARTENIAN LLP**
NICHOLAS J.P. WAGNER, SBN 109455
ANDREW B. JONES, SBN 076915
DANIEL M. KOPFMAN, SBN 192191
LAWRENCE M. ARTENIAN, SBN 103367
1111 E. Herndon, Ste. 317
Fresno, CA 93720
Telephone:  559.449.1800
Facsimile:  559.449.0749

Attorneys for Plaintiffs

**GIBSON, DUNN & CRUTCHER LLP**
CATHERINE A. CONWAY, SBN 98366
   cconway@gibsondunn.com
JULIAN W. POON, SBN 219843
   jpoon@gibsondunn,com
JESSE A. CRIPPS, SBN 222285
   jcripps@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
   bevanson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

**SCOPELITIS, GARVIN, LIGHT,**
**    HANSON & FEARY, PC**
JAMES H. HANSON (admitted *pro hac vice*)
   jhanson@scopelitis.com
10 West Market Street, Suite 1500
Indianapolis, IN 46204
Telephone: 317.492.9205
Facsimile: 317.687.2414

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ,  FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty, <br><br> Defendants. <br><br> [Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI <br><br> **STIPULATED REQUEST AND ~~[PROPOSED]~~ ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

The undersigned counsel, on behalf of Plaintiffs Charles Ridgeway, Jaime Famoso, Joshua Harold, Richard Byers, Dan Thatcher, Nino Pagtama, Willie Franklin, Tim Opitz, Farris Day, Karl Merhoff, and Micheal Krohn ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart," and collectively, with Plaintiffs, the "Parties"), hereby stipulate as follows:

## RECITALS

WHEREAS the Court has set pre-trial deadlines in its Second Pretrial Preparation Order (Dkt. No. 213) and had previously set deadlines in its Pretrial Preparation Order (Dkt. No. 174);

WHEREAS the parties have worked diligently to resolve discovery and deposition issues in the timing provided by that Order;

WHEREAS Plaintiffs' counsel are currently in the midst of a three month class action trial in another lawsuit that will affect the parties' ability to complete agreed upon discovery and depositions as scheduled, particularly given the time constraints of the coming retail blackout holiday period where many Wal-Mart employees will be unavailable because of business constraints; and

WHEREAS the parties believe they have identified the remaining discovery to be completed and believe the new deadlines will allow an orderly completion of the same.

## STIPULATION

Accordingly, the parties now jointly stipulate and respectfully request that this Court order the following changes to the existing schedule:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Designation | October 19, 2015 | ~~June 17, 2016~~ 4/29/16 |
| Expert Rebuttal | October 28, 2015 | ~~July 18, 2016~~ 5/20/16 |
| Dispositive Motions (*see below) | January 15, 2016 | ~~On or before July 15, 2016~~ 7/1/16 |
| Oppositions to Dispositive Motions | January 29, 2016 | ~~Three weeks to oppose~~ 7/15/16 |
| Replies In Support of Motions | February 5, 2016 | ~~Two weeks to reply~~ 7/22/16 |
| Discovery Cutoff (Expert and Non-Expert) | December 3, 2015 | ~~August 19, 2016~~ 6/30/15 |
| Pretrial Conference | April 12, 2016 | ~~September 2, 2016~~ 9/6/16 |
| Trial | April 25, 2016 | ~~September 16, 2016~~ 9/19/16 |

*DISPOSITIVE MOTION HEARING: 8/5/16 @ 9 a.m.

Pursuant to Local Rule 6-2(a), the declarations of Daniel M. Kopfman and Jesse A. Cripps in support of this stipulation are filed herewith.

1

2   IT IS SO STIPULATED.

3   Dated: September 28, 2015

4

5   By: /s/ Daniel Kopfman                By: /s/ Jesse A. Cripps

6   Daniel Kopfman                         Jesse A. Cripps
    WAGNER, JONES, KOPFMAN, &              GIBSON, DUNN & CRUTCHER LLP
7   ARTENIAN LLP

8   Attorneys for Plaintiffs               Attorneys for Defendant

9                                          I, Jesse A. Cripps, attest that concurrence in the
                                           filing of this document has been obtained from the
10                                         other signatory.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~[PROPOSED]~~ **ORDER**

Pursuant to the above stipulation, the Stipulation and Order regarding the case management schedule is approved.

DATE: 9/29/15

*/s/ Susan Illston*

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **WAGNER, JONES, KOPFMAN,** | |
| **& ARTENIAN LLP** | |
| NICHOLAS J.P. WAGNER, SBN 109455 | |
| ANDREW B. JONES, SBN 076915 | |
| DANIEL M. KOPFMAN, SBN 192191 | |
| LAWRENCE M. ARTENIAN, SBN 103367 | |
| 1111 E. Herndon, Ste. 317 | |
| Fresno, CA 93720 | |
| Telephone:  559.449.1800 | |
| Facsimile:  559.449.0749 | |

Attorneys for Plaintiffs

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **SCOPELITIS, GARVIN, LIGHT,** |
| CATHERINE A. CONWAY, SBN 98366 | **HANSON & FEARY, PC** |
|   cconway@gibsondunn.com | JAMES H. HANSON (admitted *pro hac vice*) |
| JULIAN W. POON, SBN 219843 |   jhanson@scopelitis.com |
|   jpoon@gibsondunn,com | 10 West Market Street, Suite 1500 |
| JESSE A. CRIPPS, SBN 222285 | Indianapolis, IN 46204 |
|   jcripps@gibsondunn.com | Telephone: 317.492.9205 |
| BLAINE H. EVANSON, SBN 254338 | Facsimile: 317.687.2414 |
|   bevanson@gibsondunn.com | |
| 333 South Grand Avenue | |
| Los Angeles, CA 90071-3197 | |
| Telephone:    213.229.7000 | |
| Facsimile:    213.229.7520 | |

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ,  FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN, <br><br>            Plaintiffs, <br><br>    v. <br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty, <br><br>            Defendants. <br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI <br><br>**DECLARATION OF DANIEL M. KOPFMAN IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

I, Daniel M. Kofman, declare and state as follows:

1. I am a partner in the law firm of Wagner, Jones, Kopfman, & Artenian LLP. I am counsel of record for Plaintiffs in this action. I submit this Declaration in support of the parties' joint Stipulated Request and [Proposed] Order Modifying Case Management Schedule. I have personal knowledge of the facts set forth below.

2. The parties had previously sought an extension of the deadlines entered in the Court's Pretrial Preparation Order (Dkt. No. 174). The Court then entered its Second Pretrial Preparation Order (Dkt. No. 213).

3. The parties have worked diligently to resolve discovery and depositions issues. The parties have engaged in substantial written discovery and are in the process of scheduling depositions.

4. My firm is lead counsel in the trial of *Cortina et al. v North American Title Company and North American Services LLC*, Case No. 07 CE CG 01169 JH, a class action in Fresno County Superior Court, which began on September 21, 2015, and is anticipated to last approximately three months. The demands of trial on my firm's resources and personnel will affect the parties' ability to complete agreed upon discovery and depositions as scheduled.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of September, 2015, at Fresno, California.

/s/ Daniel Kopfman

DANIEL KOPFMAN
WAGNER, JONES, KOPFMAN, & ARTENIAN LLP

ATTORNEYS FOR PLAINTIFFS

**WAGNER, JONES, KOPFMAN,**
**& ARTENIAN LLP**
NICHOLAS J.P. WAGNER, SBN 109455
ANDREW B. JONES, SBN 076915
DANIEL M. KOPFMAN, SBN 192191
LAWRENCE M. ARTENIAN, SBN 103367
1111 E. Herndon, Ste. 317
Fresno, CA 93720
Telephone:  559.449.1800
Facsimile:  559.449.0749

Attorneys for Plaintiffs

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **SCOPELITIS, GARVIN, LIGHT,** |
| CATHERINE A. CONWAY, SBN 98366 | **HANSON & FEARY, PC** |
| cconway@gibsondunn.com | JAMES H. HANSON (admitted *pro hac vice*) |
| JULIAN W. POON, SBN 219843 | jhanson@scopelitis.com |
| jpoon@gibsondunn,com | 10 West Market Street, Suite 1500 |
| JESSE A. CRIPPS, SBN 222285 | Indianapolis, IN 46204 |
| jcripps@gibsondunn.com | Telephone: 317.492.9205 |
| BLAINE H. EVANSON, SBN 254338 | Facsimile: 317.687.2414 |
| bevanson@gibsondunn.com | |
| 333 South Grand Avenue | |
| Los Angeles, CA 90071-3197 | |
| Telephone:    213.229.7000 | |
| Facsimile:    213.229.7520 | |

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ,  FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN, <br><br>Plaintiffs, <br><br>v. <br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty, <br><br>Defendants. <br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI <br><br> **DECLARATION OF JESSE A. CRIPPS IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

I, Jesse A. Cripps, declare and state as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher. I am counsel of record for Defendant Wal-Mart Stores, Inc. ("Wal-Mart") in this action. I submit this Declaration in support of the parties' joint Stipulated Request and [Proposed] Order Modifying Case Management Schedule. I have personal knowledge of the facts set forth below.

2. The parties' ability to complete agreed upon discovery and depositions as scheduled is affected given the time constraints of the coming retail blackout holiday period where many Wal-Mart employees will be unavailable because of business constraints.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of September, 2015, at Los Angeles, California.

                                     /s/ Jesse A. Cripps

                                     JESSE CRIPPS
                                     GIBSON, DUNN & CRUTCHER

                                     ATTORNEYS FOR DEFENDANT