**WAGNER, JONES, KOPFMAN,**
**& ARTENIAN LLP**
NICHOLAS J.P. WAGNER, SBN 109455
ANDREW B. JONES, SBN 076915
DANIEL M. KOPFMAN, SBN 192191
LAWRENCE M. ARTENIAN, SBN 103367
1111 E. Herndon, Ste. 317
Fresno, CA 93720
Telephone:  559.449.1800
Facsimile:  559.449.0749

Attorneys for Plaintiffs

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>CATHERINE A. CONWAY, SBN 98366<br>  cconway@gibsondunn.com<br>JULIAN W. POON, SBN 219843<br>  jpoon@gibsondunn,com<br>JESSE A. CRIPPS, SBN 222285<br>  jcripps@gibsondunn.com<br>BLAINE H. EVANSON, SBN 254338<br>  bevanson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:    213.229.7000<br>Facsimile:     213.229.7520 | **SCOPELITIS, GARVIN, LIGHT,**<br>**HANSON & FEARY, PC**<br>JAMES H. HANSON (admitted *pro hac vice*)<br>  jhanson@scopelitis.com<br>10 West Market Street, Suite 1500<br>Indianapolis, IN 46204<br>Telephone: 317.492.9205<br>Facsimile: 317.687.2414 |

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ,  FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>                    Plaintiffs,<br><br>        v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty,<br><br>                    Defendants.<br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE**<br><br>AMENDED |

1  The undersigned counsel, on behalf of Plaintiffs Charles Ridgeway, Jaime Famoso, Joshua
2  Harold, Richard Byers, Dan Thatcher, Nino Pagtama, Willie Franklin, Tim Opitz, Farris Day, Karl
3  Merhoff, and Micheal Krohn ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart," and
4  collectively, with Plaintiffs, the "Parties"), hereby stipulate as follows:

## **RECITALS**

WHEREAS the Court has set pre-trial deadlines in its Second Pretrial Preparation Order (Dkt. No. 213) and had previously set deadlines in its Pretrial Preparation Order (Dkt. No. 174);

WHEREAS the parties have worked diligently to resolve discovery and deposition issues in the timing provided by that Order;

WHEREAS Plaintiffs' counsel are currently in the midst of a three month class action trial in another lawsuit that will affect the parties' ability to complete agreed upon discovery and depositions as scheduled, particularly given the time constraints of the coming retail blackout holiday period where many Wal-Mart employees will be unavailable because of business constraints; and

WHEREAS the parties believe they have identified the remaining discovery to be completed and believe the new deadlines will allow an orderly completion of the same.

## **STIPULATION**

Accordingly, the parties now jointly stipulate and respectfully request that this Court order the following changes to the existing schedule:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Designation | October 19, 2015 | ~~June 17, 2016~~ 4/29/16 |
| Expert Rebuttal | October 28, 2015 | ~~July 18, 2016~~ 5/20/16 |
| Dispositive Motions | January 15, 2016 | ~~On or before July 15, 2016~~ 7/1/16 |
| Oppositions to Dispositive Motions | January 29, 2016 | ~~Three weeks to oppose~~ 7/15/16 |
| Replies In Support of Motions | February 5, 2016 | ~~Two weeks to reply~~ 7/22/16 |
| Discovery Cutoff (Expert and Non-Expert) | December 3, 2015 | ~~August 19, 2016~~ 6/30/16 |
| Pretrial Conference | April 12, 2016 | ~~September 2, 2016~~ 9/6/16 |
| Trial | April 25, 2016 | ~~September 16, 2016~~ 9/19/16 |

DISPOSITIVE MOTION HEARING: 8/5/16 @ 9 A.M.

Pursuant to Local Rule 6-2(a), the declarations of Daniel M. Kopfman and Jesse A. Cripps in support of this stipulation are filed herewith.

IT IS SO STIPULATED.

Dated: September 28, 2015

By: /s/ Daniel Kopfman

Daniel Kopfman
WAGNER, JONES, KOPFMAN, & ARTENIAN LLP

Attorneys for Plaintiffs

By:  /s/ Jesse A. Cripps

Jesse A. Cripps
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant

I, Jesse A. Cripps, attest that concurrence in the filing of this document has been obtained from the other signatory.

# [PROPOSED] ORDER

Pursuant to the above stipulation, the Stipulation and Order regarding the case management schedule is approved.

DATE: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE