1  **WAGNER, JONES, KOPFMAN,**
   **& ARTENIAN LLP**
2  NICHOLAS J.P. WAGNER, SBN 109455
   ANDREW B. JONES, SBN 076915
3  DANIEL M. KOPFMAN, SBN 192191
   LAWRENCE M. ARTENIAN, SBN 103367
4  1111 E. Herndon, Ste. 317
   Fresno, CA 93720
5  Telephone:  559.449.1800
   Facsimile:  559.449.0749
6
   Attorneys for Plaintiffs
7
   **GIBSON, DUNN & CRUTCHER LLP**        **SCOPELITIS, GARVIN, LIGHT,**
8  CATHERINE A. CONWAY, SBN 98366            **HANSON & FEARY, PC**
     cconway@gibsondunn.com               JAMES H. HANSON (admitted *pro hac vice*)
9  JULIAN W. POON, SBN 219843               jhanson@scopelitis.com
     jpoon@gibsondunn,com                 10 West Market Street, Suite 1500
10 JESSE A. CRIPPS, SBN 222285            Indianapolis, IN 46204
     jcripps@gibsondunn.com               Telephone: 317.492.9205
11 BLAINE H. EVANSON, SBN 254338          Facsimile: 317.687.2414
     bevanson@gibsondunn.com
12 333 South Grand Avenue
   Los Angeles, CA 90071-3197
13 Telephone:    213.229.7000
   Facsimile:    213.229.7520
14
   Attorneys for Defendant WAL-MART STORES, INC.
15
16               UNITED STATES DISTRICT COURT
17               NORTHERN DISTRICT OF CALIFORNIA

18 CHARLES RIDGEWAY, JAIME FAMOSO,        CASE NO. 3:08-cv-05221-SI
   JOSHUA HAROLD, RICHARD BYERS, DAN
19 THATCHER, NINO PAGTAMA, WILLIE
   FRANKLIN, TIM OPITZ,  FARRIS DAY,      **STIPULATED REQUEST AND**
20 KARL MERHOFF, and MICHAEL KROHN,       **[PROPOSED] ORDER MODIFYING**
                                          **CASE MANAGEMENT SCHEDULE**
21              Plaintiffs,
                                          AMENDED
22        v.

23 WAL-MART STORES, INC., a Delaware
   corporation d/b/a WAL-MART
24 TRANSPORTATION LLC, and Does One
   through and including Doe Fifty,
25
                Defendants.
26
   [Previously captioned as *Bryan et al. v. Wal-*
27 *Mart Stores, Inc.*]

28

1  The undersigned counsel, on behalf of Plaintiffs Charles Ridgeway, Jaime Famoso, Joshua

2  Harold, Richard Byers, Dan Thatcher, Nino Pagtama, Willie Franklin, Tim Opitz, Farris Day, Karl

3  Merhoff, and Micheal Krohn ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart," and

4  collectively, with Plaintiffs, the "Parties"), hereby stipulate as follows:

5  **RECITALS**

6  WHEREAS the Court has set pre-trial deadlines in its Second Pretrial Preparation Order (Dkt.

7  No. 213) and had previously set deadlines in its Pretrial Preparation Order (Dkt. No. 174);

8  WHEREAS the parties have worked diligently to resolve discovery and deposition issues in

9  the timing provided by that Order;

10  WHEREAS Plaintiffs' counsel are currently in the midst of a three month class action trial in

11  another lawsuit that will affect the parties' ability to complete agreed upon discovery and depositions

12  as scheduled, particularly given the time constraints of the coming retail blackout holiday period

13  where many Wal-Mart employees will be unavailable because of business constraints; and

14  WHEREAS the parties believe they have identified the remaining discovery to be completed

15  and believe the new deadlines will allow an orderly completion of the same.

16  **STIPULATION**

17  Accordingly, the parties now jointly stipulate and respectfully request that this Court order the

18  following changes to the existing schedule:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Designation | October 19, 2015 | ~~June 17, 2016~~ 4/29/16 |
| Expert Rebuttal | October 28, 2015 | ~~July 18, 2016~~ 5/20/16 |
| Dispositive Motions | January 15, 2016 | ~~On or before July 15, 2016~~ 7/1/16 |
| Oppositions to Dispositive Motions | January 29, 2016 | ~~Three weeks to oppose~~ 7/15/16 |
| Replies In Support of Motions | February 5, 2016 | ~~Two weeks to reply~~ 7/22/16 |
| Discovery Cutoff (Expert and Non-Expert) | December 3, 2015 | ~~August 19, 2016~~ 6/30/16 |
| Pretrial Conference | April 12, 2016 | ~~September 2, 2016~~ 9/6/16 |
| Trial | April 25, 2016 | ~~September 16, 2016~~ 9/19/16 |

DISPOSITIVE MOTION HEARING: 8/5/16 @ 9 A.M.

Pursuant to Local Rule 6-2(a), the declarations of Daniel M. Kopfman and Jesse A. Cripps in support of this stipulation are filed herewith.

STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE
CASE NO. 3:08-cv-05221-SI

1

2    IT IS SO STIPULATED.

3    Dated: September 28, 2015

4

5    By:  /s/ Daniel Kopfman_____          By:  ___/s/ Jesse A. Cripps_____

6     Daniel Kopfman                           Jesse A. Cripps
      WAGNER, JONES, KOPFMAN, &                GIBSON, DUNN & CRUTCHER LLP
7     ARTENIAN LLP

8    Attorneys for Plaintiffs                  Attorneys for Defendant

9                                              I, Jesse A. Cripps, attest that concurrence in the
                                               filing of this document has been obtained from the
10                                             other signatory.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          Pursuant to the above stipulation, the Stipulation and Order regarding the case management

3    schedule is approved.

4

5          DATE:   11/17/15                    _____

6                                              THE HONORABLE SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28