**4 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 12/4/15

Case No.   C-08-5221 SI           Judge:   SUSAN ILLSTON

Title: RIDGEWAY  -v- WAL-MART

Attorneys for Pltf:   Andy Jones,  Butch Wagner,
Attorneys for Deft:   Jessie Cripps, Dan Kopfman, Jenna Yott (in person)

Deputy Clerk:  Tracy Kasamoto  Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference - HELD by phone (except for Ms. Yott)
2)
3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                                    PART

Case continued to **3/16/16 @ 3 p.m.**   for Further Case Management Conference


ORDERED AFTER HEARING:
 The Court accepted the trial schedule as set forth by defendant on page two of the case management conference statement.