IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGEWAY,<br><br>                Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC,<br><br>                Defendant.<br>_____/ | No. C 08-05221 SI<br>**<u>Third</u>**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u>  at  <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 7, 2016.</u>

DESIGNATION OF EXPERTS:<u>5/13/16</u>; REBUTTAL: <u>6/3/16</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 7, 2016.</u>

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 8,  2016</u>;

      Opp. Due <u>July 22, 2016</u>;  Reply Due <u>July 29, 2016</u>;

       and set for hearing no later than <u>August 12,  2016</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 6,  2016</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 19, 2016</u> at <u>8:30 AM.</u>,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>12</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/8/15

                                          _____
                                          SUSAN ILLSTON
                                          United States District Judge