# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty,<br><br>Defendants.<br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S EMERGENCY ADMINISTRATIVE MOTION TO EXTEND THE BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' SECOND MOTION FOR SUMMARY ADJUDICATION** |

Gibson, Dunn & Crutcher LLP

Having reviewed all papers filed in support of and in opposition to Wal-Mart's motion, and for good cause shown, the Court hereby **GRANTS** Wal-Mart's Motion for Administrative Relief. Wal-Mart shall have until the later of March ~~24,~~ 25, 2016 ~~or two weeks after the completion of the 40 class member depositions and named Plaintiff depositions~~ to file a response to Plaintiffs' second Motion for Summary Adjudication (ECF No. 255). Reply due: 4/8/16, Hearing scheduled for April 22, 2016, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 12/16/16

Honorable Susan Illston
United States District Judge