UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGWAY, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>WAL-MART STORES INC.,<br><br>            Defendant. | Case No. 08-cv-05221-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On March 25, 2016, defendant filed a motion for relief from nondispositive pretrial order of a magistrate judge, pursuant to Local Civil Rule 72-2. Docket No. 267. On March 28, 2016, the Court erroneously set this matter for hearing. The Court now issues this order to clarify that that plaintiffs' opposition to the motion, if any, shall be filed by April 8, 2016. Any reply is due by April 15, 2016. The matter shall be deemed submitted on the papers.

**IT IS SO ORDERED**.

Dated: April 1, 2016

_____
SUSAN ILLSTON
United States District Judge