# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Catherine A. Conway
Direct: +1 213.229.7822
Fax: +1 213.229.6822
CConway@gibsondunn.com

April 4, 2016

VIA ELECTRONIC MAIL

Chief Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
Courtroom G – 15th Floor
San Francisco, CA 94102
JCSpo@cand.uscourts.gov

Re:  *Bryan v. Wal-Mart Stores, Inc., No. 08-5221 SI*

Dear Chief Judge Spero:

The parties are scheduled to participate in a settlement conference with you on April 19, 2016. The Court has requested that each party lodge a Settlement Conference Statement by April 5, 2016. (ECF 251.)

Wal-Mart writes to request a six-day extension, to April 11, 2016, to lodge its 10-page Settlement Conference Statement. The parties have of late engaged in extensive discovery, including significant travel for depositions, involving issues that will be central to any resolution of this case. The additional time will allow Wal-Mart to better incorporate these new developments in the Statement. Wal-Mart has met and conferred with Plaintiffs' counsel, and they have stated that they do not oppose this request.

We look forward to meeting with you on April 19, 2016.

Sincerely,

/s/ Catherine A. Conway
Catherine A. Conway

cc: Plaintiffs' Counsel, David Kopfman, dkopfman@wagnerjones.com

Dated: 4/5/16



IT IS SO ORDERED
Judge Joseph C. Spero

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.