| | |
|---|---|
| 1 | **WAGNER, JONES, KOPFMAN,** |
| | **& ARTENIAN LLP** |
| 2 | NICHOLAS J.P. WAGNER, SBN 109455 |
| | ANDREW B. JONES, SBN 076915 |
| 3 | DANIEL M. KOPFMAN, SBN 192191 |
| | LAWRENCE M. ARTENIAN, SBN 103367 |
| 4 | 1111 E. Herndon, Ste. 317 |
| | Fresno, CA 93720 |
| 5 | Telephone:  559.449.1800 |
| | Facsimile:  559.449.0749 |

Attorneys for Plaintiffs

| **GIBSON, DUNN & CRUTCHER LLP** | **SCOPELITIS, GARVIN, LIGHT,** |
|---|---|
| CATHERINE A. CONWAY, SBN 98366 | **HANSON & FEARY, PC** |
|   cconway@gibsondunn.com | JAMES H. HANSON (admitted *pro hac vice*) |
| JESSE A. CRIPPS, SBN 222285 |   jhanson@scopelitis.com |
|   jcripps@gibsondunn.com | 10 West Market Street, Suite 1500 |
| 333 South Grand Avenue | Indianapolis, IN 46204 |
| Los Angeles, CA 90071-3197 | Telephone: 317.492.9205 |
| Telephone:    213.229.7000 | Facsimile: 317.687.2414 |
| Facsimile:    213.229.7520 | |

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ,  FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN, | CASE NO. 3:08-cv-05221-SI |
| Plaintiffs, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO REMOVE APRIL 19 SETTLEMENT CONFERENCE FROM CALENDAR** |
| v. | |
| WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty, | |
| Defendants. | |
| [Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | |

The undersigned counsel, on behalf of Plaintiffs Charles Ridgeway, Jaime Famoso, Joshua Harold, Richard Byers, Dan Thatcher, Nino Pagtama, Willie Franklin, Tim Opitz, Farris Day, Karl Merhoff, and Micheal Krohn ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart," and collectively, with Plaintiffs, the "Parties"), hereby stipulate as follows, subject to the Court's approval:

## RECITALS

WHEREAS, at the request of the Parties who voluntarily agreed to proceed to a mediation with a federal magistrate, the Court scheduled a settlement conference before Chief Magistrate Judge Spero which is currently set for April 19, 2016 (ECF 250);

WHEREAS the Parties have met and conferred and through that meet and confer process have elected to use a private mediator in lieu of a federal magistrate judge, and the parties are in the process of selecting and scheduling a mediation with that mediator.

## STIPULATION

Accordingly, the Parties now jointly stipulate and respectfully request that this Court remove the currently scheduled settlement conference with Magistrate Judge Spero from the Court's calendar.

Pursuant to Local Rule 6-2(a), the declaration of Jesse A. Cripps in support of this stipulation is filed herewith.

IT IS SO STIPULATED.

Dated: April 15, 2016

| | |
|---|---|
| By: /s/ Daniel Kopfman | By: /s/ Jesse A. Cripps |
| Daniel Kopfman<br>WAGNER, JONES, KOPFMAN, &<br>ARTENIAN LLP | Jesse A. Cripps<br>GIBSON, DUNN & CRUTCHER LLP |
| Attorneys for Plaintiffs | Attorneys for Defendant |

I, Jesse A. Cripps, attest that concurrence in the filing of this document has been obtained from the other signatory.

1                                      ~~[PROPOSED]~~ **Order**

2        Pursuant to the above stipulation, the Stipulation and Order regarding the settlement

3 conference postponement is approved.

4

5      DATE:   4/18/16             *[signature: Susan Illston]*

6                                            THE HONORABLE SUSAN ILLSTON
                                           UNITED STATES DISTRICT JUDGE