1  **WAGNER, JONES, KOPFMAN,**
   **& ARTENIAN LLP**
2  NICHOLAS J.P. WAGNER, SBN 109455
   ANDREW B. JONES, SBN 076915
3  DANIEL M. KOPFMAN, SBN 192191
   LAWRENCE M. ARTENIAN, SBN 103367
4  1111 E. Herndon, Ste. 317
   Fresno, CA 93720
5  Telephone:  559.449.1800
   Facsimile:  559.449.0749
6
   Attorneys for Plaintiffs
7

8  **GIBSON, DUNN & CRUTCHER LLP**           **SCOPELITIS, GARVIN, LIGHT,**
   CATHERINE A. CONWAY, SBN 98366              **HANSON & FEARY, PC**
9    cconway@gibsondunn.com                  JAMES H. HANSON (admitted *pro hac vice*)
   JESSE A. CRIPPS, SBN 222285                 jhanson@scopelitis.com
10   jcripps@gibsondunn.com                  10 West Market Street, Suite 1500
   333 South Grand Avenue                    Indianapolis, IN 46204
11 Los Angeles, CA 90071-3197                Telephone: 317.492.9205
   Telephone:    213.229.7000                Facsimile: 317.687.2414
12 Facsimile:    213.229.7520

13 Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty,<br><br>Defendants.<br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO REMOVE APRIL 19 SETTLEMENT CONFERENCE FROM CALENDAR** |

The undersigned counsel, on behalf of Plaintiffs Charles Ridgeway, Jaime Famoso, Joshua Harold, Richard Byers, Dan Thatcher, Nino Pagtama, Willie Franklin, Tim Opitz, Farris Day, Karl Merhoff, and Micheal Krohn ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart," and collectively, with Plaintiffs, the "Parties"), hereby stipulate as follows, subject to the Court's approval:

## RECITALS

WHEREAS, at the request of the Parties who voluntarily agreed to proceed to a mediation with a federal magistrate, the Court scheduled a settlement conference before Chief Magistrate Judge Spero which is currently set for April 19, 2016 (ECF 250);

WHEREAS the Parties have met and conferred and through that meet and confer process have elected to use a private mediator in lieu of a federal magistrate judge, and the parties are in the process of selecting and scheduling a mediation with that mediator.

## STIPULATION

Accordingly, the Parties now jointly stipulate and respectfully request that this Court remove the currently scheduled settlement conference with Magistrate Judge Spero from the Court's calendar.

Pursuant to Local Rule 6-2(a), the declaration of Jesse A. Cripps in support of this stipulation is filed herewith.

IT IS SO STIPULATED.

Dated: April 15, 2016

| | |
|---|---|
| By: /s/ Daniel Kopfman | By: /s/ Jesse A. Cripps |
| Daniel Kopfman<br>WAGNER, JONES, KOPFMAN, &<br>ARTENIAN LLP | Jesse A. Cripps<br>GIBSON, DUNN & CRUTCHER LLP |
| Attorneys for Plaintiffs | Attorneys for Defendant |

I, Jesse A. Cripps, attest that concurrence in the filing of this document has been obtained from the other signatory.

[~~PROPOSED~~] Order

Pursuant to the above stipulation, the Stipulation and Order regarding the settlement conference postponement is approved.

DATE: 4/18/16



THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

```
By April 25, 2016, counsel shall report to the Court the name
of the private mediator and the scheduled date of the mediation
session.
```