GIBSON, DUNN & CRUTCHER LLP
CATHERINE A. CONWAY, SBN 98366
cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
jcripps@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC
JAMES H. HANSON (admitted *pro hac vice*)
jhanson@scopelitis.com
10 West Market Street, Suite 1500
Indianapolis, IN 46204
Telephone: 317.492.9205
Facsimile: 317.687.2414

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation dba WAL-MART TRANSPORTATION LLC, and Does 1-50, inclusive, <br><br> Defendants. | CASE NO. 3:2008-CV-5221 SI <br><br> **CLASS ACTION** <br><br> **JOINT STATEMENT CONCERNING PLAINTIFFS REQUEST TO DEPOSE WITNESSES IDENTIFIED IN WAL-MART'S EXPERT DISCLOSURES.** |

PLAINTIFFS' POSITION: On May 13, 2016, the Parties exchanged expert witness designations and reports. Wal-Mart designated Robert Topel PhD. Dr. Topel's report identifies Billy Deatherage and Ed Parris as Wal-Mart employees whose comments contributed to his opinions expressed in his report. Plaintiffs move the Court for leave to take the depositions of Mr. Deatherage and Mr. Parrish. Fed. R. Civ. Proc. 30(a)(2)(A) prescribes a presumptive 10 deposition limit in a civil suit. The Rule also allows a party to obtain leave of court where the proposed deposition would result in more than 10. Such leave of court is granted consistent with the principles set out in Fed. R. Civ. Proc. 26(b)(2).

Wal-Mart has refused to produce Mr. Deatherage and Mr. Parrish for deposition contending Plaintiffs have exhausted the 10 deposition limit set forth in Fed. R. Civ. Proc. 30(a)(2)(A(i). See Exhibit "A" attached hereto. Plaintiffs had good cause to proceed with all prior depositions. Plaintiffs deposed Rich Aurit on October 17, 2013 and Ann Wilson on October 18, 2013. Both were produced in response to Plaintiffs initial Fed. R. Civ. Proc. 30(b)(6) deposition notice attached hereto as Exhibit "B". Plaintiffs deposed Jerry Jackson on May 29, 2014 who was a Wal-Mart General Transportation Manager and whose testimony was cited in the Court's order granting class certification. ECF No. 158. Plaintiffs deposed Robert L. Mosley on March 8, 2016, and Steven K. Davis on March 22, 2016, who are/were Wal-Mart General Transportation Managers and submitted declarations in opposition to Plaintiffs' Motion for Partial Summary Judgment. ECF Nos. 193, 194. Finally, Plaintiffs have deposed Michael Baler, Clayton Bradley, Anthony Fantasia, and Nathan Lewis who were identified in Wal-Mart's response to Plaintiffs' Special Interrogatories, Set No. 7 as persons who had personal knowledge of the frequency and duration of uncompensated activities performed by class members. See Wal-Mart's discovery responses attached hereto as Exhibit "C".

The Parties have also agreed to proceed with two more depositions. The first is the current General Transpiration Manager of the Red Bluff distribution center, John Vincent. Mr. Vincent submitted a declaration in support of Wal-Mart's opposition to Plaintiffs' motion for partial summary judgment. ECF No. 192. Finally, the Fed. R. Civ. Proc. 30(b)(6) witnesses identified by Wal-Mart to testify about Wal-Mart's electronically stored information pertaining to class members and stipulated to by the Parties is scheduled for deposition on June 21, 2016. ECF No. 226.

Good cause exists to take the depositions of Mr. Deatherage and Mr. Parrish. Both were identified in Dr. Topel's expert report as persons who provided Dr. Topel with information which formed the basis of his opinions. Specifically, Dr. Topel's report states: "[a]ccording to Billy Deatherage, Walmart Senior Strategy Manager-Fleet Operations, changing the break policy for California drivers in 2006 to allow for additional break time required approximately 5 to 7 percent more drivers to provide the same level of service in California." Report at p. 4  Similarly, Dr. Topel's report states: "Ed Parrish, Walmart Director of Human Resources, stated that it costs more to monitor and administer [the California] pay system." Report at p. 11. Wal-Mart's expert designation state that Dr. Topel's report will be used by Wal-Mart to support "one or more" motions for summary judgment. Therefore, the testimony of Mr. Deatherage and Mr. Parrish is directly relevant to the

opinions expressed by Dr. Topel. Plaintiffs are also entitled to test the veracity of the comments attributed to them by Dr. Topel through the deposition process, including production of relevant documents.

WAL-MART'S POSITION:

Plaintiffs' counsel has attempted multiple times to meet-and-confer regarding Wal-Mart's position to no avail. Attached hereto as Exhibit "A" are true and correct copies of emails sent to defense regarding the meet-and-confer attempts by Plaintiffs' counsel.

Dated: May _, 2016

Respectfully submitted,

WAGNER JONES KOPFMAN & ARTENIAN

/s/ Daniel Kopfman
Daniel Kopfman
Attorney for Plaintiffs and the Class.

I, Daniel Kopfman, attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: May _, 2016

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ Jesse A. Cripps
Jesse A. Cripps
Attorney for Defendant
WAL-MART STORES, INC.

# EXHIBIT "A"

# Dan Kopfman

**From:** Cripps, Jesse A. <JCripps@gibsondunn.com>
**Sent:** Tuesday, May 17, 2016 1:21 PM
**To:** Dan Kopfman
**Subject:** Bryan Depositions

Dan, after our call today about the depositions, someone reminded me that plaintiffs have already noticed and/or taken all of the depositions that they were allotted under the federal rules. When you get back to the office, can you give me a call to discuss?

Jesse A. Cripps
Partner

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7792 • Fax +1 213.229.6792
JCripps@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# Dan Kopfman

| | |
|---|---|
| **From:** | Conway, Catherine A. <CConway@gibsondunn.com> |
| **Sent:** | Thursday, May 19, 2016 4:27 PM |
| **To:** | Dan Kopfman |
| **Cc:** | Andy Jones; Butch Wagner; Stan Saltzman (ssaltzman@marlinsaltzman.com); Lawrence Artenian |
| **Subject:** | RE: PMQ |

Dan,
As Jesse already told you, plaintiffs are not entitled to additional depositions Deatherage and Parrish will not going to go forward then. Cathy


Catherine A. Conway

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7822 • Fax +1 213.229.6822
CConway@gibsondunn.com • www.gibsondunn.com

---

**From:** Dan Kopfman [mailto:dkopfman@wagnerjones.com]
**Sent:** Wednesday, May 18, 2016 4:28 PM
**To:** Conway, Catherine A.
**Cc:** Andy Jones; Butch Wagner; Stan Saltzman (ssaltzman@marlinsaltzman.com); Lawrence Artenian
**Subject:** RE: PMQ

Hello Cathy,

We are available on June 23, 2016 and/or June 24, 2016 to take the deposition of Wal-Mart's FRCP 30(b)(6) witness in Bentonville. Please confirm which date is most convenient for Wal-Mart. Also, if you could let me know whether we could depose Mr. Deatherage and/or Mr. Parrish on the 23rd, or 24th, I would appreciate it.

Thank you for your time and attention to this matter.

Daniel Kopfman
The Law Offices of
Wagner, Jones, Kopfman, & Artenian
1111 E. Herndon; Suite 317
Fresno, Ca 93720
559/449-1800

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communicatio nis strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you have received this communication in error, please contact Karin Schemen at (kschemen@wagnerjones.com) , or by telephone at 559/449-1800. Thank you.

**From:** Dan Kopfman
**Sent:** Tuesday, May 17, 2016 4:35 PM
**To:** 'Conway, Catherine A.'
**Cc:** Andy Jones; Butch Wagner; Stan Saltzman (ssaltzman@marlinsaltzman.com); Lawrence Artenian
**Subject:** RE: PMQ

Hi Cathy,

We are available for deposition on June 20, 2016. We would also request dates for the deposition of Dr. Topel, Billy Deatherage and Robert Parrish. We would like to schedule the depositions of Dr. Topel, Mr. Deatherage and Mr. Parrish to coincide with the June 20, 2016 deposition especially if the deponents will be located in Bentonville.

Thank you for your time and attention to this matter.

Daniel Kopfman
The Law Offices of
Wagner, Jones, Kopfman, & Artenian
1111 E. Herndon; Suite 317
Fresno, Ca 93720
559/449-1800

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communicatio nis strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you have received this communication in error, please contact Karin Schemen at (kschemen@wagnerjones.com) , or by telephone at 559/449-1800. Thank you.

---

**From:** Conway, Catherine A. [mailto:CConway@gibsondunn.com]
**Sent:** Friday, May 13, 2016 1:26 PM
**To:** Dan Kopfman
**Subject:** PMQ

Dan does the week of June 20th work on your end? Cathy

Catherine A. Conway

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7822 • Fax +1 213.229.6822
CConway@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# Dan Kopfman

| | |
|---|---|
| **From:** | Dan Kopfman |
| **Sent:** | Wednesday, May 25, 2016 4:42 PM |
| **To:** | 'Cripps, Jesse A.' |
| **Cc:** | Conway, Catherine A.; Blas, Lauren M.; Andy Jones; Butch Wagner; Lawrence Artenian; Stan Saltzman (ssaltzman@marlinsaltzman.com) |
| **Subject:** | RE: Bryan -- Named Plaintiff Depositions |

Hello Jesse,

In consideration of your response, please return the Joint Statement regarding the depositions of Mr. Deatherage and Mr. Parrish with Wal-Mart's position by the close of business tomorrow for filing Friday morning.

Thank you for your prompt time and attention to this matter.

Daniel Kopfman
The Law Offices of
Wagner, Jones, Kopfman, & Artenian
1111 E. Herndon; Suite 317
Fresno, Ca 93720
559/449-1800

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communicatio nis strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you have received this communication in error, please contact Karin Schemen at (kschemen@wagnerjones.com), or by telephone at 559/449-1800. Thank you.

---

**From:** Cripps, Jesse A. [mailto:JCripps@gibsondunn.com]
**Sent:** Wednesday, May 25, 2016 1:32 PM
**To:** Dan Kopfman
**Cc:** Conway, Catherine A.; Blas, Lauren M.
**Subject:** Bryan -- Named Plaintiff Depositions

      Dan, can you please provide me availability for depositions for each of the named plaintiffs over the next few weeks, along with their preferred location of the deposition? I'd like to have dates by Tuesday, if possible. Thanks much.

Jesse A. Cripps
Partner

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7792 • Fax +1 213.229.6792
JCripps@gibsondunn.com • www.gibsondunn.com

1

## PROOF OF SERVICE

I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled case.

On May 27, 2016, I served the within document described below on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**JOINT STATEMENT CONCERNING PLAINTIFFS' REQUEST TO DEPOSE WITNESSES IDENTIFIED IN WAL-MART'S EXPERT DISCLOSURES**

| | |
|---|---|
| Jesse A. Cripps            E-File<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>213/229-7000<br>213/229-7520 – Fax<br>jcripps@gibsondunn.com<br><br>James H. Hanson<br>SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC<br>c/o GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | Mail<br>Jacob Weisberg<br>Law Offices of Jacob Weisberg<br>844 N. Van Ness Avenue<br>Fresno, CA 93728<br>559-441-0201<br>559-442-3164 Fax<br>jmw@jweisberglaw.com |
| Stanley Saltzman            Mail<br>**MARLIN & SALTZMAN**<br>29229 Canwood St., Ste. 208<br>Agoura Hills, CA 91301<br><br>818/991-8081 Fax | |

[X]   **(BY MAIL)** placing the envelopes for collection and mailing on the date and at my address shown above following our ordinary business practices. I am completely familiar with Wagner, Jones, Kopfman & Artenian LLP's practice of collection and processing correspondence for mailing pursuant to which the envelopes would be deposited with the United States Postal Service the same day in the ordinary course of business.

[]   **(BY OVERNIGHT MAIL SERVICE)** by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by express or overnight mail.

[ ]   **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s) by whose name an asterisk is affixed, was also forwarded a copy of said documents by facsimile.

[ ]   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[]   **(BY ELECTRONIC MAIL)** In addition to service by mail indicated above, I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated above.

[x ]   **(BY FEDERAL ELECTRONIC FILING)** I caused the documents to be electronically

filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the documents to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 27, 2016, at Fresno, California.

Karin L. Schemen