| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>SCOTT A. EDELMAN, SBN 116927<br>sedelman@gibsondunn.com<br>CATHERINE A. CONWAY, SBN 98366<br>cconway@gibsondunn.com<br>JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**<br>JAMES H. HANSON (admitted *pro hac vice*)<br>jhanson@scopelitis.com<br>10 West Market Street, Suite 1500<br>Indianapolis, IN 46204<br>Telephone: 317.492.9205<br>Facsimile: 317.687.2414 |

**GIBSON, DUNN & CRUTCHER LLP**
MICHAEL LI-MING WONG, SBN 194130
mwong@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty,<br><br>Defendants.<br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI<br><br>**COMPENDIUM OF RULE 1006 SUMMARIES IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S MOTION TO DECERTIFY CLASS**<br><br>[Fed. R. Civ. P. 23]<br><br>Date:      August 12, 2016<br>Time:     9:00 a.m.<br>Place:     Courtroom 1, 17th Floor<br>Before:   Hon. Susan Illston |

Gibson, Dunn & Crutcher LLP

COMPENDIUM OF RULE 1006 SUMMARIES IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S MOTION TO DECERTIFY CLASS, CASE NO. 3:08-cv-05221-SI

Pursuant to Federal Rule of Evidence 1006, Defendant Wal-Mart Stores, Inc. hereby submits the following Rule 1006 Summaries in support of its Motion to Decertify Class.[1]

| Exhibit 1006-A | "Plaintiffs' Assertions and Promises vs. Driver Experiences" |
| --- | --- |
| Exhibit 1006-B | "Shifting Time Estimates" |
| Exhibit 1006-C | "Overlapping Tasks" |

DATED: July 8, 2016

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Scott A. Edelman*
          Scott A. Edelman

Attorney for Defendant
  WAL-MART STORES, INC.

---

[1] Unless otherwise noted, all Exhibit citations in the Rule 1006 Summaries are to the concurrently filed Declaration of Jesse A. Cripps. An explanation regarding these Summaries can be found at Cripps Decl. ¶ 90.

2

COMPENDIUM OF RULE 1006 SUMMARIES IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S MOTION TO DECERTIFY CLASS, CASE NO. 3:08-cv-05221-SI