# EXHIBIT 4



**Figure 1**
**Class Members' Average Trip Lengths**

**Note**: Limited to class members identified in the dispatch data.
**Sources**:
1.   2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.   WMBryan-00029436.
3.   WMBryan00028810-WMBryan0028812.

**Figure 2**
**Class Members' Average Trip Lengths by Decile**



**Note**: Limited to class members identified in the dispatch data.
**Sources**:
1.   2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.   WMBryan-00029436.
3.   WMBryan00028810-WMBryan0028812.



**Figure 3**
**Trips Driven by Class Member Allen**

Sources:
1.    2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.    WMBryan00028810-WMBryan0028812.

Economists Incorporated

**Figure 4**
**Trips Driven by Class Member Lacas**



Sources:
1.   2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.   WMBryan00028810-WMBryan0028812.

**Figure 5**
**Trips Driven by Class Member Vasquez**



Sources:
1.    2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.    WMBryan00028810-WMBryan0028812.

Economists Incorporated

**Figure 6**
**Average Annual Trips per Class Member, By Domicile**



**Note**: Limited to class members identified in the dispatch data.
**Sources**:
1.   2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.   WMBryan-00029436;
3.   WMBryan00028810-WMBryan0028812.

**Figure 7**
**Average Layovers per Trip by Domicile**



**Note**: Limited to trips driven by class members identified in the dispatch data.
**Sources**:
1.   2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.   WMBryan-00029436;
3.   WMBryan00028810-WMBryan0028812.

Economists Incorporated

**Figure 8**
**Average Miles per Trip by Domicile**



**Note**: Limited to trips driven by class members identified in the dispatch data.
**Sources**:
1.    2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.    WMBryan-00029436;
3.    WMBryan00028810-WMBryan0028812.

Economists Incorporated

## Figure 9
### Statistical Tests of Survey Responses
### Drivers in Top Quartile vs Bottom Quartile of Average Miles per Trip

| | Question | Difference of Means (A)-(B) | p-Value | Percentage Difference of Means | Top Quartile | | Bottom Quartile | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Responses | Mean (A) | Number of Responses | Mean (B) |
| 3a | Usual pretrip length | -2.33 | 0.43 | 19.2% | 9 | 12.17 | 9 | 14.50 |
| 4a | Usual post-trip length | -1.22 | 0.59 | 12.3% | 9 | 9.94 | 9 | 11.17 |
| 5a | # roadside/weigh inspections in usual month | 2.19 | 0.22 | 399.6% | 6 | 2.74 | 7 | 0.55 |
| 5b | Usual inspection length | -4.03 | 0.57 | 21.4% | 7 | 18.79 | 8 | 22.81 |
| 6a | # washings in 10 usual trips | 0.50 | 0.60 | 25.9% | 7 | 2.43 | 7 | 1.93 |
| 6b | Usual washing length | -2.00 | 0.83 | 6.7% | 9 | 30.00 | 9 | 32.00 |
| 7a | # weighings outside Wal-Mart in 10 usual trips | -0.67 | 0.37 | 53.3% | 6 | 1.25 | 6 | 1.92 |
| 7b | Usual length of weighing outside Wal-Mart | -1.39 | 0.85 | 6.3% | 9 | 21.94 | 9 | 23.33 |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | -0.52 | 0.20 | 62.9% | 6 | 0.83 | 7 | 1.36 |
| 8b | Usual time to adjust | 21.07 | 0.29 | 100.0% | 7 | 42.14 | 7 | 21.07 |
| 9a | # refuelings at Wal-Mart in 10 usual trips | 2.60 * | 0.09 | 67.9% | 8 | 6.44 | 9 | 3.83 |
| 9b | Usual time to refuel at Wal-Mart | 0.39 | 0.92 | 2.3% | 9 | 17.22 | 9 | 16.83 |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | 1.31 * | 0.05 | 167.9% | 9 | 2.08 | 9 | 0.78 |
| 10b | Usual time to refuel outside Wal-Mart | 0.66 | 0.90 | 3.3% | 8 | 20.94 | 9 | 20.28 |
| 11a | # meetings at start of day or trip in 10 usual trips | 1.60 | 0.24 | 24.2% | 7 | 8.21 | 9 | 6.61 |
| 11b | Usual length of meeting at start of day or trip | 2.47 | 0.74 | 25.4% | 8 | 12.19 | 9 | 9.72 |
| 12a | # meetings at end of trip in 10 usual trips | 0.90 | 0.63 | 16.0% | 7 | 6.57 | 9 | 5.67 |
| 12b | Usual length of meeting at end of trip | -5.04 ** | 0.04 | 109.0% | 8 | 4.63 | 9 | 9.67 |
| 13a | # times waiting for loading in 10 usual trips | -1.44 ** | 0.04 | 115.0% | 6 | 1.25 | 8 | 2.69 |
| 13b | Usual time waiting for loading | 20.00 | 0.25 | 32.0% | 6 | 82.50 | 6 | 62.50 |
| 14a | # times waiting for unloading in 10 usual trips | -1.78 ** | 0.04 | 88.9% | 5 | 2.00 | 9 | 3.78 |
| 14b | Usual time waiting for unloading | 15.00 | 0.11 | 39.1% | 9 | 53.33 | 9 | 38.33 |
| 15a | # rest breaks in 10 usual trips | 13.60 *** | 0.01 | 376.7% | 7 | 17.21 | 9 | 3.61 |
| 15b | Usual rest break length | 0.06 | 0.98 | 0.5% | 8 | 12.00 | 9 | 11.94 |

**Sources:**

1. 2016 Plaintiff Questionnaires
2. 2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809)
3. WMBryan00028810-WMBryan0028812.

**Notes:**

1. The means reported are the averages of survey responses for which a mean could be computed, i.e., responses with a single number or a range of numbers.
2. * denotes significance at the 10% level, ** denotes significance at the 5% level, and *** denotes significance at the 1% level.
3. Survey respondents who could be identified in Wal-Mart's dispatch data were divided into quartiles. The number of responses within the quartile to a given question may be less than the number of drivers in the quartile to the extent that some drivers did not respond, or provided a non-numeric response, to that question.
4. If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
5. If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
6. If an answer is in the format of ">#" or "#+", we take # as the minimum, and blank as the maximum.
7. If an answer is in the format of "<1", we take 1 as the maximum, and 0 as the minimum.
8. If the answer does not match the question, we treat it as a blank.
9. If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the response is 0.
10. Based on deposition testimony, some drivers' survey responses were updated. Kenneth Nevarez answered "no" for some questions and then provided numeric answers. We use those numbers since he stated in his deposition that he intended to answer "yes". John Rivero answered "no" for 11 and 12, and then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

## Figure 10
## Statistical Tests of Survey Responses
## Porterville vs Red Bluff

| | | Difference of Means (A)-(B) | p-Value | Percentage Difference of Means | Porterville | | Red Bluff | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Responses | Mean (A) | Number of Responses | Mean (B) |
| 3a | Usual pretrip length | 1.73 | 0.38 | 13.1% | 13 | 15.00 | 15 | 13.27 |
| 4a | Usual post-trip length | 2.07 | 0.43 | 19.8% | 13 | 12.50 | 15 | 10.43 |
| 5a | # roadside/weigh inspections in usual month | 0.59 | 0.83 | 22.6% | 6 | 3.19 | 11 | 2.61 |
| 5b | Usual inspection length | 8.55 *** | 0.01 | 47.4% | 11 | 26.59 | 13 | 18.04 |
| 6a | # washings in 10 usual trips | 1.86 * | 0.07 | 87.2% | 10 | 4.00 | 11 | 2.14 |
| 6b | Usual washing length | 3.58 | 0.65 | 13.1% | 11 | 30.91 | 15 | 27.33 |
| 7a | # weighings outside Wal-Mart in 10 usual trips | 1.47 ** | 0.05 | 117.8% | 9 | 2.72 | 10 | 1.25 |
| 7b | Usual length of weighing outside Wal-Mart | 0.58 | 0.92 | 2.7% | 12 | 22.08 | 15 | 21.50 |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | 1.44 ** | 0.02 | 162.5% | 9 | 2.33 | 9 | 0.89 |
| 8b | Usual time to adjust | -15.70 | 0.24 | 68.4% | 11 | 22.95 | 13 | 38.65 |
| 9a | # refuelings at Wal-Mart in 10 usual trips | -0.77 | 0.55 | 14.3% | 13 | 5.38 | 13 | 6.15 |
| 9b | Usual time to refuel at Wal-Mart | -2.08 | 0.48 | 13.5% | 12 | 15.42 | 15 | 17.50 |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | 0.30 | 0.76 | 16.9% | 11 | 2.05 | 10 | 1.75 |
| 10b | Usual time to refuel outside Wal-Mart | 0.58 | 0.90 | 2.6% | 13 | 23.08 | 15 | 22.50 |
| 11a | # meetings at start of day or trip in 10 usual trips | 0.35 | 0.77 | 4.2% | 13 | 8.62 | 13 | 8.27 |
| 11b | Usual length of meeting at start of day or trip | 4.73 | 0.40 | 52.6% | 13 | 13.73 | 13 | 9.00 |
| 12a | # meetings at end of trip in 10 usual trips | -1.71 | 0.31 | 31.2% | 13 | 5.46 | 12 | 7.17 |
| 12b | Usual length of meeting at end of trip | 7.19 * | 0.07 | 165.5% | 13 | 11.54 | 13 | 4.35 |
| 13a | # times waiting for loading in 10 usual trips | 2.60 ** | 0.02 | 148.6% | 10 | 4.35 | 10 | 1.75 |
| 13b | Usual time waiting for loading | -7.57 | 0.73 | 11.3% | 10 | 66.75 | 11 | 74.32 |
| 14a | # times waiting for unloading in 10 usual trips | 0.17 | 0.85 | 7.1% | 11 | 2.50 | 9 | 2.33 |
| 14b | Usual time waiting for unloading | -20.02 ** | 0.03 | 62.0% | 11 | 32.27 | 12 | 52.29 |
| 15a | # rest breaks in 10 usual trips | -4.77 | 0.16 | 51.8% | 13 | 9.19 | 12 | 13.96 |
| 15b | Usual rest break length | 2.67 | 0.28 | 23.2% | 12 | 14.17 | 14 | 11.50 |

Sources:
1. 2016 Plaintiff Questionnaires

Notes:
1. The means reported are the averages of survey responses for which a mean could be computed, i.e., responses with a single number or a range of numbers.
2. * denotes significance at the 10% level, ** denotes significance at the 5% level, and *** denotes significance at the 1% level.
3. The number of responses per domicile to a given question may be less than the number of survey respondents domiciled at that location to the extent that some drivers did not respond, or provided a non-numeric response, to that question.
4. If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
5. If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
6. If an answer is in the format of ">#" or "#+", we take # as the minimum, and blank as the maximum.
7. If an answer is in the format of "<1", we take 1 as the maximum, and 0 as the minimum.
8. If the answer does not match the question, we treat it as a blank.
9. If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the numeric response is 0.
10. Based on deposition testimony, some drivers' survey responses were updated. Kenneth Nevarez answered "no" for some questions and then provided numeric answers. We use those numbers since he stated in his deposition that he intended to answer "yes". John Rivero answered "no" for 11 and 12, and then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 11**
**Statistical Tests of Survey Responses**
**Apple Valley vs Red Bluff**

| | | Difference of Means (A)-(B) | p-Value | Percentage Difference of Means | Apple Valley | | Red Bluff | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Responses | Mean (A) | Number of Responses | Mean (B) |
| 3a | Usual pretrip length | 0.64 | 0.78 | 4.8% | 11 | 13.91 | 15 | 13.27 |
| 4a | Usual post-trip length | 0.57 | 0.78 | 5.4% | 11 | 11.00 | 15 | 10.43 |
| 5a | # roadside/weigh inspections in usual month | -2.13 * | 0.07 | 443.9% | 8 | 0.48 | 11 | 2.61 |
| 5b | Usual inspection length | 2.24 | 0.74 | 12.4% | 9 | 20.28 | 13 | 18.04 |
| 6a | # washings in 10 usual trips | 0.03 | 0.97 | 1.4% | 9 | 2.17 | 11 | 2.14 |
| 6b | Usual washing length | 7.48 | 0.27 | 27.4% | 11 | 34.82 | 15 | 27.33 |
| 7a | # weighings outside Wal-Mart in 10 usual trips | 1.06 | 0.19 | 85.0% | 8 | 2.31 | 10 | 1.25 |
| 7b | Usual length of weighing outside Wal-Mart | 2.14 | 0.70 | 9.9% | 11 | 23.64 | 15 | 21.50 |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | 0.28 | 0.46 | 31.3% | 9 | 1.17 | 9 | 0.89 |
| 8b | Usual time to adjust | -11.71 | 0.45 | 43.5% | 9 | 26.94 | 13 | 38.65 |
| 9a | # refuelings at Wal-Mart in 10 usual trips | -1.10 | 0.43 | 21.9% | 10 | 5.05 | 13 | 6.15 |
| 9b | Usual time to refuel at Wal-Mart | -0.77 | 0.80 | 4.6% | 11 | 16.73 | 15 | 17.50 |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | -0.15 | 0.88 | 9.4% | 10 | 1.60 | 10 | 1.75 |
| 10b | Usual time to refuel outside Wal-Mart | -5.75 | 0.25 | 34.3% | 10 | 16.75 | 15 | 22.50 |
| 11a | # meetings at start of day or trip in 10 usual trips | -0.52 | 0.63 | 6.7% | 10 | 7.75 | 13 | 8.27 |
| 11b | Usual length of meeting at start of day or trip | 1.45 | 0.76 | 16.1% | 10 | 10.45 | 13 | 9.00 |
| 12a | # meetings at end of trip in 10 usual trips | -0.37 | 0.80 | 5.4% | 10 | 6.80 | 12 | 7.17 |
| 12b | Usual length of meeting at end of trip | 6.05 *** | 0.01 | 139.3% | 10 | 10.40 | 13 | 4.35 |
| 13a | # times waiting for loading in 10 usual trips | 0.75 | 0.32 | 42.9% | 9 | 2.50 | 10 | 1.75 |
| 13b | Usual time waiting for loading | 2.56 | 0.89 | 3.4% | 8 | 76.88 | 11 | 74.32 |
| 14a | # times waiting for unloading in 10 usual trips | 1.56 * | 0.06 | 66.7% | 9 | 3.89 | 9 | 2.33 |
| 14b | Usual time waiting for unloading | -13.79 * | 0.09 | 35.8% | 10 | 38.50 | 12 | 52.29 |
| 15a | # rest breaks in 10 usual trips | -8.51 ** | 0.01 | 156.1% | 10 | 5.45 | 12 | 13.96 |
| 15b | Usual rest break length | 0.75 | 0.68 | 6.5% | 10 | 12.25 | 14 | 11.50 |

**Sources:**
1. 2016 Plaintiff Questionnaires

**Notes:**
1. The means reported are the averages of survey responses for which a mean could be computed, i.e., responses with a single number or a range of numbers.
2. * denotes significance at the 10% level, ** denotes significance at the 5% level, and *** denotes significance at the 1% level.
3. The number of responses per domicile to a given question may be less than the number of survey respondents domiciled at that location to the extent that some drivers did not respond, or provided a non-numeric response, to that question.
4. If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
5. If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
6. If an answer is in the format of ">#" or "#+", we take # as the minimum, and blank as the maximum.
7. If an answer is in the format of "<1", we take 1 as the maximum, and 0 as the minimum.
8. If the answer does not match the question, we treat it as a blank.
9. If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the response is 0.
10. Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 12**
**Statistical Tests of Survey Responses**
**Apple Valley vs Porterville**

| | Question | Difference of Means (A)-(B) | p-Value | Percentage Difference of Means | Apple Valley Number of Responses | Apple Valley Mean (A) | Porterville Number of Responses | Porterville Mean (B) |
|---|---|---|---|---|---|---|---|---|
| 3a | Usual pretrip length | -1.09 | 0.61 | 7.8% | 11 | 13.91 | 13 | 15.00 |
| 4a | Usual post-trip length | -1.50 | 0.56 | 13.6% | 11 | 11.00 | 13 | 12.50 |
| 5a | # roadside/weigh inspections in usual month | -2.72 | 0.30 | 566.7% | 8 | 0.48 | 6 | 3.19 |
| 5b | Usual inspection length | -6.31 | 0.35 | 31.1% | 9 | 20.28 | 11 | 26.59 |
| 6a | # washings in 10 usual trips | -1.83 * | 0.09 | 84.6% | 9 | 2.17 | 10 | 4.00 |
| 6b | Usual washing length | 3.91 | 0.65 | 12.6% | 11 | 34.82 | 11 | 30.91 |
| 7a | # weighings outside Wal-Mart in 10 usual trips | -0.41 | 0.67 | 17.7% | 8 | 2.31 | 9 | 2.72 |
| 7b | Usual length of weighing outside Wal-Mart | 1.55 | 0.80 | 7.0% | 11 | 23.64 | 12 | 22.08 |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | -1.17 * | 0.07 | 100.0% | 9 | 1.17 | 9 | 2.33 |
| 8b | Usual time to adjust | 3.99 | 0.73 | 17.4% | 9 | 26.94 | 11 | 22.95 |
| 9a | # refuelings at Wal-Mart in 10 usual trips | -0.33 | 0.82 | 6.6% | 10 | 5.05 | 13 | 5.38 |
| 9b | Usual time to refuel at Wal-Mart | 1.31 | 0.69 | 8.5% | 11 | 16.73 | 12 | 15.42 |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | -0.45 | 0.73 | 27.8% | 10 | 1.60 | 11 | 2.05 |
| 10b | Usual time to refuel outside Wal-Mart | -6.33 | 0.29 | 37.8% | 10 | 16.75 | 13 | 23.08 |
| 11a | # meetings at start of day or trip in 10 usual trips | -0.87 | 0.49 | 11.2% | 10 | 7.75 | 13 | 8.62 |
| 11b | Usual length of meeting at start of day or trip | -3.28 | 0.41 | 31.4% | 10 | 10.45 | 13 | 13.73 |
| 12a | # meetings at end of trip in 10 usual trips | 1.34 | 0.40 | 24.5% | 10 | 6.80 | 13 | 5.46 |
| 12b | Usual length of meeting at end of trip | -1.14 | 0.19 | 10.9% | 10 | 10.40 | 13 | 11.54 |
| 13a | # times waiting for loading in 10 usual trips | -1.85 * | 0.10 | 74.0% | 9 | 2.50 | 10 | 4.35 |
| 13b | Usual time waiting for loading | 10.13 | 0.68 | 15.2% | 8 | 76.88 | 10 | 66.75 |
| 14a | # times waiting for unloading in 10 usual trips | 1.39 | 0.15 | 55.6% | 9 | 3.89 | 11 | 2.50 |
| 14b | Usual time waiting for unloading | 6.23 | 0.49 | 19.3% | 10 | 38.50 | 11 | 32.27 |
| 15a | # rest breaks in 10 usual trips | -3.74 | 0.21 | 68.7% | 10 | 5.45 | 13 | 9.19 |
| 15b | Usual rest break length | -1.92 | 0.48 | 15.6% | 10 | 12.25 | 12 | 14.17 |

**Sources:**
1. 2016 Plaintiff Questionnaires

**Notes:**
1. The means reported are the averages of survey responses for which a mean could be computed, i.e., responses with a single number or a range of numbers.
2. * denotes significance at the 10% level, ** denotes significance at the 5% level, and *** denotes significance at the 1% level.
3. The number of responses per domicile to a given question may be less than the number of survey respondents domiciled at that location to the extent that some drivers did not respond, or provided a non-numeric response, to that question.
4. If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
5. If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
6. If an answer is in the format of ">#" or "#+", we take # as the minimum, and blank as the maximum.
7. If an answer is in the format of "<1", we take 1 as the maximum, and 0 as the minimum.
8. If the answer does not match the question, we treat it as a blank.
9. If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the numeric response is 0.
10. Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 13**

**Mean Survey Responses,**
**Based on Treatment of Responses Given as Ranges**

| | | Assumption: | | | |
|---|---|---|---|---|---|
| | Question | Bottom of Range | Limited to Single Numbers | Top of Range | Percentage Difference Between Highest and Lowest Estimate |
| 3a | Usual pretrip length | 12.87 | 13.41 | 15.18 | 17.93% |
| 4a | Usual post-trip length | 10.21 | 10.19 | 12.36 | 21.34% |
| 5a | # roadside/weigh inspections in usual month | 1.98 | 2.24 | 2.11 | 6.35% |
| 5b | Usual inspection length | 20.47 | 21.38 | 23.27 | 13.69% |
| 6a | # washings in 10 usual trips | 2.68 | 2.81 | 2.83 | 5.82% |
| 6b | Usual washing length | 27.05 | 31.67 | 34.19 | 26.37% |
| 7a | # weighings outside Wal-Mart in 10 usual trips | 1.93 | 2.17 | 2.15 | 11.39% |
| 7b | Usual length of weighing outside Wal-Mart | 21.05 | 23.33 | 23.55 | 11.88% |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | 1.36 | 1.50 | 1.56 | 14.62% |
| 8b | Usual time to adjust | 24.55 | 26.20 | 38.38 | 56.37% |
| 9a | # refuelings at Wal-Mart in 10 usual trips | 5.36 | 5.81 | 5.78 | 7.77% |
| 9b | Usual time to refuel at Wal-Mart | 14.50 | 16.59 | 19.41 | 33.86% |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | 1.72 | 1.82 | 1.87 | 8.86% |
| 10b | Usual time to refuel outside Wal-Mart | 19.34 | 20.77 | 23.03 | 19.05% |
| 11a | # meetings at start of day or trip in 10 usual trips | 8.14 | 8.21 | 8.36 | 2.73% |
| 11b | Usual length of meeting at start of day or trip | 9.14 | 11.20 | 12.97 | 42.00% |
| 12a | # meetings at end of trip in 10 usual trips | 6.29 | 6.29 | 6.57 | 4.55% |
| 12b | Usual length of meeting at end of trip | 6.95 | 7.69 | 10.25 | 47.57% |
| 13a | # times waiting for loading in 10 usual trips | 2.67 | 2.64 | 3.03 | 14.94% |
| 13b | Usual time waiting for loading | 51.45 | 50.31 | 92.93 | 84.71% |
| 14a | # times waiting for unloading in 10 usual trips | 2.77 | 2.81 | 2.93 | 5.94% |
| 14b | Usual time waiting for unloading | 30.61 | 30.79 | 52.27 | 70.79% |
| 15a | # rest breaks in 10 usual trips | 9.25 | 8.87 | 10.57 | 19.17% |
| 15b | Usual rest break length | 11.44 | 13.00 | 13.75 | 20.15% |

**Source:** 2016 Plaintiff Questionnaires

**Notes:**
1. For each question, the "Bottom of Range" column reports the mean of drivers' minimum responses of that question; the "Limited to Single Numbers" column reports the mean of responses with one single number; and the "Top of Range" column reports the mean of drivers' maximum responses of that question.
2. If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
3. If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
4. If an answer is in the format of ">#" or "#+", we take # as the minimum, and blank as the maximum.
5. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum.
6. If the answer does not match the question, we treat it as a blank.
7. If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the response is 0.
8. Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

Economists Incorporated

**Figure 14**
**Trips Driven by Class Member Nettles**



Sources:
1.  2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809);
2.  WMBryan00028810-WMBryan0028812.

Economists Incorporated

**Figure 15**
**Frequency and Duration of Truck Washing**

Sources:
1.    2016 Plaintiff Questionnaires
Notes:
1.    If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.    Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 16**
**Frequency and Duration of Roadside/Weigh Inspections**

**Sources:**
1.   2016 Plaintiff Questionnaires
**Notes:**
1.   If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.   Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 17**
**Frequency and Duration of Weighings outside Wal-Mart**

**Sources:**
1.   2016 Plaintiff Questionnaires
**Notes:**
1.   If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.   Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 18**
**Frequency and Duration of Adjustments outside Wal-Mart**

**Sources:**
1.    2016 Plaintiff Questionnaires
**Notes:**
1.    If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.    Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

# Figure 19
# Frequency and Duration of Refuelings at Wal-Mart



**Sources:**
1.  2016 Plaintiff Questionnaires
**Notes:**
1.  If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.  Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 20**
**Frequency and Duration of Refuelings outside Wal-Mart**



Sources:
1.   2016 Plaintiff Questionnaires
**Notes:**
1.   If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.   Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 21**
**Frequency and Duration of Meetings at Start of Day or Trip**

Sources:
1.   2016 Plaintiff Questionnaires

Notes:
1.   If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.   Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 22**
**Frequency and Duration of Meetings at End of Trip**

**Sources:**
1.    2016 Plaintiff Questionnaires
**Notes:**
1.    If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.    Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 23**
**Frequency and Duration of Waiting for Loading**

**Sources:**
1.    2016 Plaintiff Questionnaires
**Notes:**
1.    If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.    Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 24**
**Frequency and Duration of Waiting for Unloading**

**Sources:**
1.   2016 Plaintiff Questionnaires
**Notes:**
1.   If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.   Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".



**Figure 25**
**Frequency and Duration of Rest Breaks**

**Sources:**
1.   2016 Plaintiff Questionnaires
**Notes:**
1.   If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.  If an answer is nonnumeric, such as "varies", we treat it as a blank. If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum. If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum. If the answer does not match the question, we treat it as a blank.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank.
2.   Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 26**
**Ranges of Reported Frequencies and Durations Among Survey Responses**

| | Question | Minimum | Maximum | Range | Range as % of Minimum |
|---|---|---|---|---|---|
| 3a | Usual pretrip length | 5 | 30 | 25 | 500% |
| 4a | Usual post-trip length | 5 | 30 | 25 | 500% |
| 5a | # roadside/weigh inspections in usual month | 0.1 | 15 | 14.9 | 17900% |
| 5b | Usual inspection length | 3 | 60 | 57 | 1900% |
| 6a | # washings in 10 usual trips | 1 | 10 | 9 | 900% |
| 6b | Usual washing length | 6 | 150 | 144 | 2400% |
| 7a | # weighings outside Wal-Mart in 10 usual trips | 1 | 6 | 5 | 500% |
| 7b | Usual length of weighing outside Wal-Mart | 5 | 60 | 55 | 1100% |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | 1 | 5 | 4 | 400% |
| 8b | Usual time to adjust | 5 | 180 | 175 | 3500% |
| 9a | # refuelings at Wal-Mart in 10 usual trips | 1 | 10 | 9 | 900% |
| 9b | Usual time to refuel at Wal-Mart | 5 | 45 | 40 | 800% |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | 0.5 | 10 | 9.5 | 1900% |
| 10b | Usual time to refuel outside Wal-Mart | 10 | 60 | 50 | 500% |
| 11a | # meetings at start of day or trip in 10 usual trips | 2 | 11 | 9 | 450% |
| 11b | Usual length of meeting at start of day or trip | 1 | 90 | 89 | 8900% |
| 12a | # meetings at end of trip in 10 usual trips | 1 | 10 | 9 | 900% |
| 12b | Usual length of meeting at end of trip | 1 | 90 | 89 | 8900% |
| 13a | # times waiting for loading in 10 usual trips | 1 | 10 | 9 | 900% |
| 13b | Usual time waiting for loading | 10 | 240 | 230 | 2300% |
| 14a | # times waiting for unloading in 10 usual trips | 1 | 8 | 7 | 700% |
| 14b | Usual time waiting for unloading | 15 | 120 | 105 | 700% |
| 15a | # rest breaks in 10 usual trips | 1 | 50 | 49 | 4900% |
| 15b | Usual rest break length | 5 | 30 | 25 | 500% |

**Source:** 2016 Plaintiff Questionnaires

**Notes:**
1. The table presents the non-zero minimum, maximum, and range for each numeric response across all drivers.
2. If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
3. If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
4. If an answer is in the format of ">#" or "#+", we take # as the minimum, and blank as the maximum.
5. If an answer is in the format of "<1", we take 1 as the maximum, and 0 as the minimum.
6. If the answer does not match the question, we treat it as a blank.
7. If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the response is 0.
8. Based on deposition testimony, some drivers' survey responses were updated. Kenneth Nevarez answered "no" for some questions and then provided numeric answers. We use those numbers since he stated in his deposition that he intended to answer "yes". John Rivero answered "no" for 11 and 12, and then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 27**
**Survey Response Margins of Error**
**Based on Specific Numerical Responses to Survey Questions**

| | Question | Mean | # Numeric Responses | Lower 95% Confidence Interval | Upper 95% Confidence Interval | Margin of Error (as % of Mean) |
|---|---|---|---|---|---|---|
| 3a | Usual pretrip length | 13.41 | 27 | 11.82 | 14.99 | 11.8% |
| 4a | Usual post-trip length | 10.19 | 27 | 7.83 | 12.54 | 23.1% |
| 5a | # roadside/weigh inspections in usual month | 2.24 | 22 | 0.63 | 3.85 | 72.0% |
| 5b | Usual inspection length | 21.38 | 24 | 16.37 | 26.38 | 23.4% |
| 6a | # washings in 10 usual trips | 2.81 | 27 | 1.96 | 3.66 | 30.2% |
| 6b | Usual washing length | 31.67 | 27 | 25.32 | 38.01 | 20.0% |
| 7a | # weighings outside Wal-Mart in 10 usual trips | 2.17 | 23 | 1.46 | 2.89 | 32.9% |
| 7b | Usual length of weighing outside Wal-Mart | 23.33 | 30 | 17.95 | 28.72 | 23.1% |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | 1.50 | 22 | 0.96 | 2.04 | 36.2% |
| 8b | Usual time to adjust | 26.20 | 25 | 14.48 | 37.92 | 44.7% |
| 9a | # refuelings at Wal-Mart in 10 usual trips | 5.81 | 27 | 4.52 | 7.11 | 22.3% |
| 9b | Usual time to refuel at Wal-Mart | 16.59 | 22 | 13.10 | 20.09 | 21.1% |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | 1.82 | 28 | 0.89 | 2.76 | 51.3% |
| 10b | Usual time to refuel outside Wal-Mart | 20.77 | 26 | 15.37 | 26.17 | 26.0% |
| 11a | # meetings at start of day or trip in 10 usual trips | 8.21 | 33 | 7.21 | 9.21 | 12.2% |
| 11b | Usual length of meeting at start of day or trip | 11.20 | 25 | 6.54 | 15.86 | 41.6% |
| 12a | # meetings at end of trip in 10 usual trips | 6.29 | 31 | 4.89 | 7.69 | 22.3% |
| 12b | Usual length of meeting at end of trip | 7.69 | 26 | 5.52 | 9.87 | 28.3% |
| 13a | # times waiting for loading in 10 usual trips | 2.64 | 25 | 1.79 | 3.49 | 32.0% |
| 13b | Usual time waiting for loading | 50.31 | 16 | 36.88 | 63.75 | 26.7% |
| 14a | # times waiting for unloading in 10 usual trips | 2.81 | 27 | 2.05 | 3.58 | 27.1% |
| 14b | Usual time waiting for unloading | 30.79 | 19 | 22.50 | 39.08 | 26.9% |
| 15a | # rest breaks in 10 usual trips | 8.87 | 31 | 6.63 | 11.11 | 25.2% |
| 15b | Usual rest break length | 13.00 | 25 | 10.81 | 15.19 | 16.9% |

**Source:** 2016 Plaintiff Questionnaires

**Notes:**
1. The values reported are the average of responses that were given as a specific number and not as a range.
2. If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
3. If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
4. If an answer is in the format of ">#" or "#+", we take # as the minimum, and blank as the maximum.
5. If an answer is in the format of "<1", we take 1 as the maximum, and 0 as the minimum.
6. If the answer does not match the question, we treat it as a blank.
7. If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the response is 0.
8. Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 28**
**Potential Overstatement Due to Random Error**

| Activity | Margin of Error - Frequency | Margin of Error - Duration | Compound Error |
|---|---|---|---|
| Roadside/weigh inspections | 72.0% | 23.4% | 112.2% |
| Truck Washings | 30.2% | 20.0% | 56.3% |
| Weighings outside Wal-Mart | 32.9% | 23.1% | 63.5% |
| Adjustments outside Wal-Mart | 36.2% | 44.7% | 97.2% |
| Refuelings at Wal-Mart | 22.3% | 21.1% | 48.1% |
| Refuelings outside Wal-Mart | 51.3% | 26.0% | 90.6% |
| Meetings at start of day or trip | 12.2% | 41.6% | 58.9% |
| Meetings at end of trip | 22.3% | 28.3% | 56.8% |
| Waiting for loading | 32.0% | 26.7% | 67.3% |
| Waiting for unloading | 27.1% | 26.9% | 61.3% |
| Rest breaks | 25.2% | 16.9% | 46.3% |

**Source:** 2016 Plaintiff Questionnaires

**Note:** The margin or error values are calucated using the average of responses that were given as a specific number and not as a range.

Economists Incorporated

## Figure 29
### Survey Responses by Employment Status

| Question | Former Employees | | Current Employees | | Difference of Mean Responses (Former-Current) | Percentage Difference of Means |
|---|---|---|---|---|---|---|
| | Mean | Number of Responses | Mean | Number of Responses | | |
| 3a  Usual pretrip length | 15.00 | 16 | 13.35 | 23 | 1.65 | 12% |
| 4a  Usual post-trip length | 13.13 | 16 | 10.00 | 23 | 3.13 | 31% |
| 5a  # roadside/weigh inspections in usual month | 2.55 | 13 | 1.54 | 12 | 1.01 | 65% |
| 5b  Usual inspection length | 22.67 | 15 | 20.53 | 18 | 2.14 | 10% |
| 6a  # washings in 10 usual trips | 3.33 | 15 | 2.20 | 15 | 1.13 | 52% |
| 6b  Usual washing length | 36.25 | 16 | 26.33 | 21 | 9.92 * | 38% |
| 7a  # weighings outside Wal-Mart in 10 usual trips | 2.07 | 14 | 2.04 | 13 | 0.03 | 2% |
| 7b  Usual length of weighing outside Wal-Mart | 23.75 | 16 | 21.25 | 22 | 2.50 | 12% |
| 8a  # adjustments outside Wal-Mart in 10 usual trips | 1.88 | 12 | 1.13 | 15 | 0.74 | 65% |
| 8b  Usual time to adjust | 32.17 | 15 | 28.61 | 18 | 3.56 | 12% |
| 9a  # refuelings at Wal-Mart in 10 usual trips | 6.33 | 15 | 5.02 | 21 | 1.31 | 26% |
| 9b  Usual time to refuel at Wal-Mart | 18.67 | 15 | 15.28 | 23 | 3.38 | 22% |
| 10a # refuelings outside Wal-Mart in 10 usual trips | 1.54 | 14 | 2.03 | 17 | -0.49 | -24% |
| 10b Usual time to refuel outside Wal-Mart | 20.31 | 16 | 21.82 | 22 | -1.51 | -7% |
| 11a # meetings at start of day or trip in 10 usual trips | 8.47 | 15 | 8.10 | 21 | 0.37 | 5% |
| 11b Usual length of meeting at start of day or trip | 17.33 | 15 | 6.67 | 21 | 10.67 ** | 160% |
| 12a # meetings at end of trip in 10 usual trips | 6.33 | 15 | 6.50 | 20 | -0.17 | -3% |
| 12b Usual length of meeting at end of trip | 12.33 | 15 | 5.98 | 21 | 6.36 * | 106% |
| 13a # times waiting for loading in 10 usual trips | 3.46 | 13 | 2.41 | 16 | 1.06 | 44% |
| 13b Usual time waiting for loading | 62.88 | 13 | 80.16 | 16 | -17.27 | -22% |
| 14a # times waiting for unloading in 10 usual trips | 3.35 | 13 | 2.50 | 16 | 0.85 | 34% |
| 14b Usual time waiting for unloading | 38.57 | 14 | 43.55 | 19 | -4.98 | -11% |
| 15a # rest breaks in 10 usual trips | 10.37 | 15 | 9.30 | 20 | 1.07 | 11% |
| 15b Usual rest break length | 13.17 | 15 | 12.19 | 21 | 0.98 | 8% |

**Source:** 2016 Plaintiff Questionnaires; Depositions of Subpoenaed Drivers

**Notes:**
1.  The means reported are the averages of survey responses for which a mean could be computed, i.e., responses with a single number or a range of numbers.
2.  * denotes significance at the 10% level, ** denotes significance at the 5% level, and *** denotes significance at the 1% level.
3.  The number of responses to a given question may be less than the number of current and former employees to the extent that some drivers did not respond, or provided a non-numeric response, to that question.
4.  If an answer is vague with a number, such as "60 depends on...", then we take the number as the answer.
5.  If an answer is nonnumeric such as "varies", "do not recall", "unknown", etc., we treat it as a blank.
6.  If an answer is in the format of  ">#" or "#+", we take # as the minimum, and blank as the maximum.
7.  If an answer is in the format of  "<1", we take 1 as the maximum, and 0 as the minimum.
8.  If the answer does not match the question, we treat it as a blank.
9.  If an answer is "no", we assume the numeric response is 0. If an answer is "yes" and the numeric response is blank, we assume the response is blank. If an answer is "yes" and the numeric response is 0, we assume the response is 0.
10. Based on deposition testimony, some drivers' survey responses were updated.  Kenneth Nevarez answered "no" for some questions and  then provided numeric answers. We use those numbers since he stated  in his deposition that he intended to answer "yes".  John Rivero answered "no" for 11 and 12, and  then provided numeric answers. We take "no" as answers and treat the numbers as zeros since according to his deposition, he intended to answer "no".

**Figure 30**
**Refuelings per Truck by Class Members**



**Note**: Refuelings are limited to trucks identified in the dispatch data as tractors driven by class members in October 2014.
**Sources**: WMBryan00029437, 2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809)

Economists Incorporated

**Figure 31**
**Gallons per Refueling by Class Members**



**Note**: Refuelings are limited to trucks identified in the dispatch data as tractors driven by class members in October 2014.
**Sources**: WMBryan00029437, 2004-2016 Dispatch Data (WMBryan-00028799 - WMBryan-00028809)

Economists Incorporated

**Figure 32**

**Deposition Testimony and Survey Responses Tabulated by Dr. Phillips**

| | Question | Deposition Responses | | | | Survey Responses | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Numeric Responses | Minumum | Maximum | Range as % of Minimum | Number of Numeric Responses | Minumum | Maximum | Range as % of Minimum |
| 3a | Usual pretrip length | 27 | 5.00 | 20.0 | 300% | 28 | 5.00 | 30 | 500% |
| 4a | Usual post-trip length | 25 | 4.00 | 15 | 275% | 27 | 5.00 | 30 | 500% |
| 5a | # roadside/weigh inspections in usual month | 21 | 0.00 | 1 | Not Defined | 16 | 0.00 | 15 | Not Defined |
| 5b | Usual inspection length | 24 | 10.00 | 45 | 350% | 22 | 3.00 | 45 | 1400% |
| 6a | # washings in 10 usual trips | 4 | 0.00 | 6 | Not Defined | 23 | 1.00 | 10 | 900% |
| 6a | # washings per week | 24 | 0.00 | 4 | Not Defined | | | | Not Defined |
| 6b | Usual washing length | 25 | 0.00 | 150 | Not Defined | 27 | 6.00 | 150 | 2400% |
| 7a | # weighings outside Wal-Mart in 10 usual trips | 4 | 0.00 | 5 | Not Defined | 19 | 0.00 | 6 | Not Defined |
| 7a | # weighings outside Wal-Mart per month | 12 | 0.03 | 12 | 43100% | | | | Not Defined |
| 7b | Usual length of weighing outside Wal-Mart | 20 | 5.00 | 60 | 1100% | 27 | 5.00 | 60 | 1100% |
| 8a | # adjustments outside Wal-Mart in 10 usual trips | 6 | 0.50 | 2 | 300% | 21 | 0.00 | 5 | Not Defined |
| 8a | # adjustments outside Wal-Mart per year | 8 | 0.33 | 156 | 46700% | | | | Not Defined |
| 8b | Usual time to adjust | 14 | 5.00 | 120 | 2300% | 24 | 5.00 | 120 | 2300% |
| 9a | # refuelings at Wal-Mart in 10 usual trips | 9 | 2.00 | 10 | 400% | 25 | 1.00 | 10 | 900% |
| 9a | # refuelings at Wal-Mart per week | 14 | 1.00 | 6 | 500% | | | | Not Defined |
| 9b | Usual time to refuel at Wal-Mart | 22 | 5.00 | 60 | 1100% | 27 | 2.00 | 45 | 2150% |
| 10a | # refuelings outside Wal-Mart in 10 usual trips | 10 | 0.00 | 10 | Not Defined | 23 | 0.00 | 10 | Not Defined |
| 10a | # refuelings outside Wal-Mart per month | 10 | 0.00 | 8 | Not Defined | | | | Not Defined |
| 10b | Usual time to refuel outside Wal-Mart | 18 | 10.00 | 60 | 500% | 25 | 10.00 | 60 | 500% |
| 11a | # meetings at start of day or trip in 10 usual trips | 21 | 2.00 | 10 | 400% | 26 | 2.00 | 11 | 450% |
| 11a | # meetings at start of day or trip per week | 4 | 1.40 | 21 | 1400% | | | | Not Defined |
| 11b | Usual length of meeting at start of day or trip | 21 | 0.50 | 90 | 17900% | 26 | 1.00 | 90 | 8900% |
| 12a | # meetings at end of trip in 10 usual trips | 15 | 2.00 | 10 | 400% | 25 | 1.00 | 10 | 900% |
| 12a | # meetings at end of trip per week | 4 | 0.75 | 21 | 2700% | | | | Not Defined |
| 12b | Usual length of meeting at end of trip | 18 | 1.00 | 180 | 17900% | 25 | 1.00 | 90 | 8900% |
| 13a | # times waiting for loading in 10 usual trips | 6 | 1.00 | 6 | 500% | 23 | 0.00 | 10 | Not Defined |
| 13a | # times waiting for loading per week | 4 | 0.50 | 9 | 1700% | | | | Not Defined |
| 13b | Usual time waiting for loading | 8 | 15.00 | 360 | 2300% | 24 | 10.00 | 240 | 2300% |
| 14a | # times waiting for unloading in 10 usual trips | 7 | 0.00 | 10 | Not Defined | 21 | 0.00 | 10 | Not Defined |
| 14a | # times waiting for unloading per week | 2 | 0.02 | 2 | 10300% | | | | Not Defined |
| 14b | Usual time waiting for unloading | 7 | 20.00 | 90 | 350% | 22 | 20.00 | 240 | 1100% |
| 15a | # rest breaks in 10 usual trips | 13 | 0.00 | 40 | Not Defined | 25 | 1.00 | 50 | 4900% |
| 15a | # rest breaks per day | 12 | 0.00 | 10 | Not Defined | | | | Not Defined |
| 15b | Usual rest break length | 17 | 5.00 | 30 | 500% | 25 | 5.00 | 30 | 500% |

**Source:** Dr. Phillips' Work paper "Deposition Responses.xlsx"

**Notes:**
1. The maximum and minimum deposition responses reported in this figure are the extremes that Dr. Phillips relied upon when calculating mean and median frequencies and durations for activities at issue in this case.
2. Dr. Phillips excluded deposition testimony responses if they were explicitly characterized as "live load", "live unload", "grocery", or "at a vendor".
3. When a deposition testimony response was "up to" or "less than" a number, Dr. Phillips sometimes took that number as the response (7b for David Lopez), and sometimes he treated the testimony as nonresponsive (question 11b for Ivan Harris).
4. For deposition testimony responses that contained more than two numbers, Dr. Phillips sometimes calculated a mean based on the minimum and maximum (11b for Charles McLaughlin) and treated that mean as the response. Other times, Dr. Phillips calculated a mean using all the numbers mentioned (15a for Robert Benavidez) and treated that mean as the response.
5. Dr. Phillips made some errors when calculating deposition testimony mean for some drivers, for example 11a for Todd Brown, 11a for Kenn Nevarez, and 13a for John Rivero.