**WAGNER, JONES, KOPFMAN, & ARTENIAN LLP**
Nicholas J.P. Wagner #109455
Andrew B. Jones #076915
Daniel M. Kopfman #192191
Lawrence M. Artenian #103367
Angela E. Martinez #297169
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax

**LAW OFFICES OF JACOB M. WEISBERG**
Jacob M. Weisberg #049065
844 N. Van Ness Ave.
Fresno, CA 93728
559/441-0201
559/442-3164 Fax

**MARLIN & SALTZMAN**
Stanley Saltzman #99058
29229 Canwood St., Ste. 208
Agoura Hills, CA 91301
818/991-8080
818/991-8081 Fax

Attorneys for Plaintiffs CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>Plaintiffs,<br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation dba WAL-MART TRANSPORTATION LLC and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 3:08-cv-05221 SI<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF DANIEL M. KOPFMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT, WAL-MART STORES, INC'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL REPORTS OF DR. G. MICHAEL PHILLIPS AND EDWARD T. GARCIA.** |

I, DANIEL M. KOPFMAN, declare as follows:

1. I am an attorney duly licensed to practice before all court in the State of California, and I am a partner of Wagner, Jones, Kopfman & Artenian LLP, attorneys for plaintiffs herein and class counsel.
2. I have knowledge of the facts stated herein and if called upon to testify, would competently do so.
3. This declaration is given in support of Plaintiffs' Opposition To Defendant Wal-Mart Stores, Inc.'s Motion to Strike Plaintiffs' Supplemental Reports of Dr. G. Michael Philips and Edward T. Garcia. .
4. Attached hereto as Exhibit "A" is a true and correct copy of the Plaintiffs' May 13, 2016 expert disclosure of Phillips, Fractor & Company, LLC; PLTFEXPERTDESIGNATION00001 - PLTFEXPERTDESIGNATION00211.
5. I am informed and believe the deposition of Dr. Phillips is currently set to go forward on August 5, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of August 3, 2016, Fresno, California.

/s/ Daniel M. Kopfman

PROOF OF SERVICE

I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled case.

On August 03, 2016, I served the within document described below on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**DECLARATION OF DANIEL M. KOPFMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT, WAL-MART STORES, INC'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL REPORTS OF DR. G. MICHAEL PHILLIPS AND EDWARD T. GARCIA**

| | |
|---|---|
| Jesse A. Cripps Personal Service<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>213/229-7000<br>213/229-7520 – Fax<br>jcripps@gibsondunn.com<br><br>James H. Hanson Mail<br>SCOPELITIS, GARVIN,LIGHT, HANSON & FEARY, PC<br>c/o GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>Rachel S. Brass Mail<br>Michael Li-Ming Wong<br>Gibson Dunn & Crutcher<br>555 Mission St., Ste. 3000<br>San Francisco, CA 94105-0921<br>415/393-8200<br>415/374-8429 Fax<br>RBrass@gibsondunn.com<br>MWong@gibsondunn.com<br><br>Scott A. Edelman Mail<br>Gibson Dunn & Crutcher<br>2029 Century Park East<br>Los Angeles, CA 90067-3026<br>310/552-8500<br>310/552-7041 Fax<br>SEdelman@gibsondunn.com | EMail<br>Jacob Weisberg<br>Law Offices of Jacob Weisberg<br>844 N. Van Ness Avenue<br>Fresno, CA 93728<br>559-441-0201<br>559-442-3164 Fax<br>jmw@jweisberglaw.com |
| Stanley Saltzman EMail<br>**MARLIN & SALTZMAN**<br>29229 Canwood St., Ste. 208<br>Agoura Hills, CA 91301 | |

| | |
|---|---|
| 818/991-8081 Fax<br>ssaltzman@marlinsaltzman.com | |

[ ] **(BY MAIL)** placing the envelopes for collection and mailing on the date and at my address shown above following our ordinary business practices. I am completely familiar with Wagner, Jones, Kopfman & Artenian LLP's practice of collection and processing correspondence for mailing pursuant to which the envelopes would be deposited with the United States Postal Service the same day in the ordinary course of business.

[] **(BY OVERNIGHT MAIL SERVICE)** by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by express or overnight mail.

[ ] **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s) by whose name an asterisk is affixed, was also forwarded a copy of said documents by facsimile.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[x] (**BY ELECTRONIC MAIL**) In addition to service by mail indicated above, I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated above.

[x ] **(BY FEDERAL ELECTRONIC FILING)** I caused the documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the documents to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August ___, 2016, at Fresno, California.

/S/ Michelle Vasquez