UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES RIDGEWAY, et al.,

          Plaintiffs,

    v.

WAL-MART STORES INC.,

          Defendant.

Case No.  08-cv-05221-SI

**JURY QUESTIONNAIRE**

Having examined the proposed juror questionnaires submitted by the parties (Docket Nos. 410-5, 410-8), the Court hereby APPROVES the following questionnaire for use in this case.

**IT IS SO ORDERED**.

Dated:   October 19, 2016

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

**JUROR QUESTIONNAIRE**

      Please fill out the below questionnaire legibly and completely in ink.  Since we need to make copies, do not write on the back of any page.  If you need more room, continue at the bottom or side of the page, or on the last page (noting question number).

      Please understand that the answers you give on this form are under oath and under penalty of perjury.  You must tell the truth and only the truth.

1.     Name: _____

2.     What city and neighborhood do you live in? _____

      _____

      How long have you lived there? _____

3.     Age: _____

      Place of birth: _____

4.     Have you ever served in any branch of the military?  Yes ___   No ___

      If yes, please explain.

      _____

      _____

5.     Organizations you belong to:

      _____

      _____

6:     Any hobbies:

      _____

      _____

7.     What is your marital status? _____

      a.     What is the highest level of education, degree, or certificate that your spouse, partner, or significant other has earned?

            _____

      b.     Is your spouse, partner, or significant other employed?  Yes ___   No ___

United States District Court
Northern District of California

United States District Court
Northern District of California

c.   What is the name of your spouse, partner, or significant other's employer (or former employer if that person is no longer working)?

_____

_____

8.   Do you have children?  Yes ____   No ____

a.   Ages: _____

b.   Do they live with you?  _____

c.   What is the highest level of education, degree, or certificate that each of your children has earned?

_____

_____

9.   Does any adult, besides your spouse (if applicable), reside in your household?

Yes ____   No ____

If yes, please explain.

_____

_____

10.  Please list the highest level of education, degree, or certificate that you have earned:

_____

_____

11.  What is your current job status?

Working full-time ☐

Working part-time ☐

Retired ☐ When?  _____

Unemployed ☐

Homemaker ☐

Full-time student ☐

3

United States District Court
Northern District of California

12.  Please tell us the name of your employer (if currently employed) or former employer, your job duties, and number of years on the job.  If you are no longer working, please tell us your former employers, your previous job(s), and how long you were employed.

_____

_____

_____

_____

_____

_____

a.  Do you have management or supervisory responsibilities at your job?

Yes \_\_\_   No \_\_\_

b.  Do you have the authority to discipline, hire, and fire at your job?

Yes \_\_\_   No \_\_\_

13.  Have you ever worked at a large corporation?

Yes, currently ☐

Yes, but only in the past ☐

No ☐

If yes, please explain which company(ies) and your job(s):

_____

_____

_____

14.  Have you ever been in a job where you were paid by the hour?  Yes \_\_\_   No \_\_\_

If yes, please explain the job, the employer, and how long you worked there:

_____

_____

_____

15.  Have you ever had a job or training in human resources or workplace laws?

Yes \_\_\_   No \_\_\_

If yes, please tell us about your training/job(s):

_____

_____

_____

16. Have you ever had a job in the retail industry? Yes ____ No ____

If yes, please tell us about your job(s):

_____

_____

_____

17. Have you or anyone close to you ever:

Worked in the trucking industry in any capacity? Yes ____ No ____

Worked for Wal-Mart or other large retail stores? Yes ____ No ____

Been an active participant in a class action? Yes ____ No ____

Had a negative experience with a class action? Yes ____ No ____

Had a serious dispute or conflict with a supervisor or employer? Yes ____ No ____

Felt that you were treated unfairly at work for any reason? Yes ____ No ____

Been accused of treating someone unfairly at work? Yes ____ No ____

Not been paid for all your time worked, as far as you are aware? Yes ____ No ____

If yes to any of the above, please explain:

_____

_____

_____

_____

18. Have you or anyone close to you ever owned your own business? Yes ____ No ____

If yes, please state where, when, and the nature of the business:

_____

_____

_____

United States District Court
Northern District of California

19.    Do you think that the minimum wage in California is too low?

Yes ☐

No ☐

No opinion ☐

If yes, please explain:

_____

_____

20.    Have you ever served as a juror in a lawsuit?  (CHECK ONE)

Yes, in a civil case ☐                Yes, in a criminal case ☐

Yes, in both a civil and criminal case at different times ☐

No ☐

21.    Have you ever served as a juror in the past?  Yes ____   No ____

a.    If yes, please state when, where, whether the case was criminal or civil, and the nature of the case:

_____

_____

_____

b.    Did the case reach a verdict?  (Do NOT tell us what the verdict was.)

Yes ____   No ____

c.    Did you serve as the foreperson?  Yes ____   No ____

d.    Please answer (a)-(c) above for any additional cases for which you were a juror:

_____

_____

_____

_____

22.    Have you ever served as a grand juror?  Yes ____   No ____

United States District Court
Northern District of California

6

23. Have you ever been a party to a lawsuit?  (CHECK ONE)

    Yes, as a plaintiff ☐              Yes, as a defendant ☐

    Yes, as both a plaintiff and defendant at different times ☐

    No ☐

24. How familiar are you with employee workplace laws?  (CHECK ONE)

    Very familiar ☐

    Somewhat familiar ☐

    Somewhat unfamiliar ☐

    Very unfamiliar ☐

25. What is your general opinion of most large corporations?  (CHECK ONE)

    Very positive ☐

    Somewhat positive ☐

    Somewhat negative ☐

    Very negative ☐

    No opinion ☐

26. Do you think the money awarded by juries today is: (CHECK ONE)

    Too low ☐

    About right ☐

    Too high ☐

    No opinion ☐

    Please explain:

    _____

    _____

    _____

27. Have you or a close family member ever worked at, invested in, or had any other personal

    or financial interest in Wal-Mart?  Yes ____   No ____

    If yes, please describe:

United States District Court
Northern District of California

7

United States District Court
Northern District of California

1  _____

2  _____

3  _____

4  28.    How often do you shop at Wal-Mart?  (CHECK ONE)

5        All the time ☐

6        Fairly often ☐

7        Every once in a while ☐

8        Never ☐

9  29.    What is your opinion of Wal-Mart?  (CHECK ONE)

10       Very positive ☐

11       Somewhat positive ☐

12       Somewhat negative ☐

13       Very negative ☐

14       No opinion ☐

15 30.    Do you think that Wal-Mart is a good place to work?  Yes ___   No ___   No Opinion ___

16       If no, please explain:

17       _____

18       _____

19       _____

20 31.    Do you think that Wal-Mart treats its employees fairly? Yes ___   No ___   No Opinion ___

21       If no, please explain:

22       _____

23       _____

24       _____

25 32.    What, if anything, have you heard or read about employee complaints against Wal-Mart?

26       _____

27       _____

28       _____

33.   In this lawsuit, will you have a difficult time being unbiased towards Wal-Mart?

Yes ____   No ____

If yes, please explain:

_____

_____

_____

34.   Do you have any opinions or personal beliefs about companies that would influence or affect your ability to follow the law as it is explained to you at the end of the case or to render a judgment?

Yes ____   No ____

If yes, please explain:

_____

_____

_____

35.   Have you or anyone in your family ever sued or been sued by anyone?

Yes ____   No ____

If yes, please explain:

_____

_____

_____

36.   Is there anything which you feel should be brought to the Court's attention that might affect your ability to be as fair and impartial a juror as you would like to be, or any reason why you may not want to serve as a juror in a case involving an employment dispute?

Yes ____   No ____

If yes, please describe:

_____

_____

_____

United States District Court
Northern District of California

37.     The Court will instruct you that you are ORDERED not to email, text, tweet or blog about this case or any of the issues, parties or attorneys involved in the case with anyone.  Do not use any Internet resources such as Yahoo or Google to obtain or share information about the parties, attorneys or issues in this case.  Do not visit any social network chat rooms or sites like MySpace or Facebook or any other sites on the world wide web that might in any way contain information relating to the issues, attorneys or parties in this case.  You may not do research about the parties or subject matter involved in the case.

Is there any reason that you cannot follow this instruction?  Yes ____   No ____

If yes, please explain:

_____

_____

_____

*I,* (print name:) _____*, declare under penalty of perjury, under the laws of the State of California, that the foregoing responses I have given in this juror questionnaire, and on any attached sheets, are true and correct to the best of my knowledge and belief.*

SIGNATURE _____

DATE_____

United States District Court
Northern District of California