| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>SCOTT A. EDELMAN, SBN 116927<br>sedelman@gibsondunn.com<br>CATHERINE A. CONWAY, SBN 98366<br>cconway@gibsondunn.com<br>JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>MICHAEL LI-MING WONG, SBN 194130<br>mwong@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant<br>WAL-MART STORES, INC. | **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**<br>JAMES H. HANSON (admitted *pro hac vice*)<br>jhanson@scopelitis.com<br>10 West Market Street, Suite 1500<br>Indianapolis, IN 46204<br>Telephone: 317.492.9205<br>Facsimile: 317.687.2414<br><br>**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**<br>ADAM C. SMEDSTAD, SBN 303591<br>asmedstad@scopelitis.com<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603<br>Telephone: 312.255.7200<br>Facsimile: 312.422.1224 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIME OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAL-MART STORES, INC., a Delaware corporation dba WAL-MART TRANSPORTATION LLC, and Does 1-50,<br><br>    Defendants.<br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI<br><br>**WAL-MART STORES, INC.'S SECOND [PROPOSED] VERDICT FORM**<br><br>Place:   Courtroom 1, 17th Floor<br>Before: Hon. Susan Illston |

## VERDICT FORM

## MINIMUM WAGE CLAIM

### Alleged Unpaid Tasks

1. Did plaintiffs prove that each and every class member performed work principally in California on each day they claim they were underpaid?

   _____ Yes  _____ No

   If you answered **no**, stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer was **yes**, proceed to question 2.

2. Were any of the following tasks directly related to work for which the class members were, in practice, otherwise paid?

   Performing Pre-Trip Inspections

   _____ Yes  _____ No

   Performing Post-Trip Inspections

   _____ Yes  _____ No

   Fueling the Tractor

   _____ Yes  _____ No

   Washing the Tractor/Trailer

   _____ Yes  _____ No

   Weighing the Tractor/Trailer

   _____ Yes  _____ No

   Undergoing Department of Transportation Inspections

   _____ Yes  _____ No

   Meeting with a Driver Coordinator

   _____ Yes  _____ No

   Waiting at a Vendor or Store Location

   _____ Yes  _____ No

If you answered **yes** for all tasks, stop here, and skip ahead to question 6.  If you answered **no** for any tasks, proceed to question 3, and answer all remaining questions only for those tasks.

3. For any of the tasks that you answered **no** in question 2, were those tasks completed during time the class members were, in practice, otherwise being paid?  Do not answer this question for any tasks you answered **yes** in question 2.

   Performing Pre-Trip Inspections

   _____ Yes   _____ No

   Performing Post-Trip Inspections

   _____ Yes   _____ No

   Fueling the Tractor

   _____ Yes   _____ No

   Washing the Tractor/Trailer

   _____ Yes   _____ No

   Weighing the Tractor/Trailer

   _____ Yes   _____ No

   Undergoing Department of Transportation Inspections

   _____ Yes   _____ No

   Meeting with a Driver Coordinator

   _____ Yes   _____ No

   Waiting at a Vendor or Store Location

   _____ Yes   _____ No

   If you answered **yes** for all of those tasks considered in question 3, skip ahead to question 6.  If you answered **no** for any tasks under question 3, proceed to question 4 only for those tasks for which you answered **no**.

4. For any of the tasks that you answered **no** in question 3, did the plaintiffs prove the total amount of wages owed for each and every class member?

   _____ Yes   _____ No

   If you answered **no**, skip ahead to question 6.  If you answered **yes**, proceed to question 5.

2

5. What is the total amount of wages owed? Only answer this question if you answered yes to question 4. Do not answer this question for any tasks that you answered yes in either question 2 or question 3.

   $_____

### 10-Hour Mandatory DOT Breaks

6. In practice, did Wal-Mart exercise control over each and every class member for their entire 10-Hour Mandatory DOT Breaks?

   _____ Yes   _____ No

   If you answered **no**, skip ahead to question 8. If you answered **yes**, proceed to question 7.

7. What is the amount of wages owed for 10-Hour Mandatory DOT Breaks, if any? Only answer this question if you answered **yes** to question 6.

   $_____

### Rest Breaks

8. Did each and every class member take two rest breaks that were not, in practice, otherwise paid?

   _____ Yes   _____ No

   If you answered **no**, skip ahead to question 12. If you answered **yes**, proceed to question 9.

9. Did each and every class member take two rest breaks that could not have been taken during otherwise paid time?

   _____ Yes   _____ No

   If you answered **no**, skip ahead to question 12. If you answered **yes**, proceed to question 10.

10. Did the plaintiffs prove the total number of unpaid rest breaks for each and every class member?

    _____ Yes   _____ No

    If you answered **no**, skip ahead to question 12. If you answered **yes**, proceed to question 11.

3

11. What is the amount of wages owed for rest breaks that were not, in practice, otherwise paid or could not have been taken during otherwise paid time, if any?  Only answer this question if you answered **yes** to questions 8, 9 and 10.

    $_____

## Total Wages Owed

12. What is the total amount of wages owed, if any, from questions 5, 7, and 11?

    $_____

## UNDERPAYMENT PENALTIES

13. Did Wal-Mart intentionally withhold wages from each and every class member during the Underpayment Class Period?

    _____ Yes   _____ No

    If your answer to question 13 was **no**, stop here, answer no further questions, and have the presiding juror sign and date this form.  If your answer to question 13 was **yes**, answer question 14 and have the presiding juror sign and date this form.

14. For how many pay periods did Wal-Mart intentionally withhold wages from the class during the Underpayment Class Period?

    \_\_\_\_ pay periods


Signed: _____
            Presiding Juror

Dated: _____

4