UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGWAY, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> WAL-MART STORES INC., <br><br>    Defendants. | Case No. 08-cv-05221-SI   (SI) <br><br> ORDER FOR JURY REFRESHMENTS |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled case at the expense of the United States District Court Jury Commissioner. The refreshments shall be provided on Monday, November 21, 2016 and continue until a verdict is rendered.

**IT IS SO ORDERED**.

Dated: November 16, 2016

_____
SUSAN ILLSTON
United States District Judge