UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES RIDGEWAY, ET AL.,

            Plaintiffs,

     v.

WAL-MART STORES INC.,

           Defendant.

Case No.  08-cv-05221-SI

**JURY VERDICT FORMS**

United States District Court
Northern District of California

Please carefully read and complete this form in the order in which it is presented.

**PART I. CLAIMS OF ALL CLASS MEMBERS EXCEPT CLASS REPRESENTATIVES**

**MINIMUM WAGE**

**Question No. 1:**

Were the class members paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _____          No _____

(B) Performing Post-Trip Inspections

Yes _____          No _____

(C) Fueling the Tractor

Yes _____          No _____

(D) Washing the Tractor/Trailer

Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____          No _____

(H) Meeting with a Driver Coordinator

Yes _____          No _____

(I) Taking 10-minute Rest Breaks

Yes _____          No _____

(J) Taking 10-hour Layovers

       Yes \_\_\_\_\_          No \_\_\_\_\_

(K) Waiting at a Vendor or Store Location

       Yes \_\_\_\_\_          No \_\_\_\_\_

*If your answer to any task in Question No. 1 is "yes," then proceed to Question No. 2.  If you answered "no" for all tasks, skip Question Nos. 2-4 and proceed to Part II below.*

**Question No. 2:**

       For any of the tasks that you answered "yes" in Question No. 1, what is the amount of wages owed for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

United States District Court
Northern District of California

3

1

**CIVIL PENALTIES**

**Question No. 3:**

Did Wal-Mart intentionally fail to pay minimum wage to class members, not including the class representatives, in any pay period from October 10, 2007 to October 15, 2015?

Yes _____          No _____


**Question No. 4:**

For how many pay periods (total, for all class members, not including the class representatives) did Wal-Mart fail to pay minimum wage to class members from October 10, 2007 to October 15, 2015?

_____ pay periods

**PART II. CHARLES RIDGEWAY**

**MINIMUM WAGE**

**Question No. 5:**

Was Charles Ridgeway paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _____          No _____

(B) Performing Post-Trip Inspections

Yes _____          No _____

(C) Fueling the Tractor

Yes _____          No _____

(D) Washing the Tractor/Trailer

Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____          No _____

(H) Meeting with a Driver Coordinator

Yes _____          No _____

(I) Taking 10-minute Rest Breaks

Yes _____          No _____

(J) Taking 10-hour Layovers

Yes _____          No _____

(K) Waiting at a Vendor or Store Location

Yes _____          No _____

United States District Court
Northern District of California

*If your answer to any task in Question No. 5 is "yes," then proceed to Question No. 6. If you answered "no" for all tasks, skip Question No. 6 and proceed to Part III below.*

**Question No. 6:**

For any of the tasks that you answered "yes" in Question No. 5, what is the amount of wages owed to Charles Ridgeway for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

United States District Court
Northern District of California

United States District Court
Northern District of California

**PART III. JAIME FAMOSO**

**MINIMUM WAGE**

**Question No. 7:**

Was Jaime Famoso paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

      Yes _____          No _____

(B) Performing Post-Trip Inspections

      Yes _____          No _____

(C) Fueling the Tractor

      Yes _____          No _____

(D) Washing the Tractor/Trailer

      Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

      Yes _____          No _____

(H) Meeting with a Driver Coordinator

      Yes _____          No _____

(I) Taking 10-minute Rest Breaks

      Yes _____          No _____

(J) Taking 10-hour Layovers

      Yes _____          No _____

(K) Waiting at a Vendor or Store Location

      Yes _____          No _____

*If your answer to any task in Question No. 7 is "yes," then proceed to Question No. 8.  If you answered "no" for all tasks, skip Question Nos. 8-10 and proceed to Part IV below.*

**Question No. 8:**

For any of the tasks that you answered "yes" in Question No. 7, what is the amount of wages owed to Jaime Famoso for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

**CIVIL PENALTIES**

**Question No. 9:**

Did Wal-Mart intentionally fail to pay minimum wage to Jaime Famoso, in any pay period from October 10, 2007 to October 15, 2015?

Yes _____            No _____

**Question No. 10:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Jaime Famoso from October 10, 2007 to October 15, 2015?

_____ pay periods

United States District Court
Northern District of California

# PART IV. JOSHUA HAROLD

## MINIMUM WAGE

**Question No. 11:**

Was Joshua Harold paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

      Yes _____          No _____

(B) Performing Post-Trip Inspections

      Yes _____          No _____

(C) Fueling the Tractor

      Yes _____          No _____

(D) Washing the Tractor/Trailer

      Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

      Yes _____          No _____

(H) Meeting with a Driver Coordinator

      Yes _____          No _____

(I) Taking 10-minute Rest Breaks

      Yes _____          No _____

(J) Taking 10-hour Layovers

      Yes _____          No _____

(K) Waiting at a Vendor or Store Location

      Yes _____          No _____

United States District Court
Northern District of California

9

*If your answer to any task in Question No. 11 is "yes," then proceed to Question No. 12.  If you answered "no" for all tasks, skip Question Nos. 12-14 and proceed to Part V below.*

**Question No. 12:**

For any of the tasks that you answered "yes" in Question No. 11, what is the amount of wages owed to Joshua Harold for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

**CIVIL PENALTIES**

**Question No. 13:**

Did Wal-Mart intentionally fail to pay minimum wage to Joshua Harold, in any pay period from October 10, 2007 to October 15, 2015?

Yes _____          No _____

**Question No. 14:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Joshua Harold from October 10, 2007 to October 15, 2015?

_____ pay periods

United States District Court
Northern District of California

# PART V. RICHARD BYERS

## MINIMUM WAGE

**Question No. 15:**

Was Richard Byers paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

> Yes _____            No _____

(B) Performing Post-Trip Inspections

> Yes _____            No _____

(C) Fueling the Tractor

> Yes _____            No _____

(D) Washing the Tractor/Trailer

> Yes _____            No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

> Yes _____            No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

> Yes _____            No _____

(G) Undergoing Department of Transportation Roadside Inspections

> Yes _____            No _____

(H) Meeting with a Driver Coordinator

> Yes _____            No _____

(I) Taking 10-minute Rest Breaks

> Yes _____            No _____

(J) Taking 10-hour Layovers

> Yes _____            No _____

(K) Waiting at a Vendor or Store Location

> Yes _____            No _____

*If your answer to any task in Question No. 15 is "yes," then proceed to Question No. 16.  If you answered "no" for all tasks, skip Question No. 16 and proceed to Part VI below.*

**Question No. 16:**

For any of the tasks that you answered "yes" in Question No. 15, what is the amount of wages owed to Richard Byers for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

**PART VI. DAN THATCHER**

**MINIMUM WAGE**

**Question No. 17:**

Was Dan Thatcher paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _____          No _____

(B) Performing Post-Trip Inspections

Yes _____          No _____

(C) Fueling the Tractor

Yes _____          No _____

(D) Washing the Tractor/Trailer

Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____          No _____

(H) Meeting with a Driver Coordinator

Yes _____          No _____

(I) Taking 10-minute Rest Breaks

Yes _____          No _____

(J) Taking 10-hour Layovers

Yes _____          No _____

(K) Waiting at a Vendor or Store Location

Yes _____          No _____

*If your answer to any task in Question No. 17 is "yes," then proceed to Question No. 18. If you answered "no" for all tasks, skip Question No. 18 and proceed to Part VII below.*

**Question No. 18:**

For any of the tasks that you answered "yes" in Question No. 17, what is the amount of wages owed to Dan Thatcher for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

# PART VII. WILLIE FRANKLIN

## MINIMUM WAGE

**Question No. 19:**

Was Willie Franklin paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

    Yes _____        No _____

(B) Performing Post-Trip Inspections

    Yes _____        No _____

(C) Fueling the Tractor

    Yes _____        No _____

(D) Washing the Tractor/Trailer

    Yes _____        No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes _____        No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes _____        No _____

(G) Undergoing Department of Transportation Roadside Inspections

    Yes _____        No _____

(H) Meeting with a Driver Coordinator

    Yes _____        No _____

(I) Taking 10-minute Rest Breaks

    Yes _____        No _____

(J) Taking 10-hour Layovers

    Yes _____        No _____

(K) Waiting at a Vendor or Store Location

    Yes _____        No _____

United States District Court
Northern District of California

15

*If your answer to any task in Question No. 19 is "yes," then proceed to Question No. 20.  If you answered "no" for all tasks, skip Question Nos. 20-22 and proceed to Part VIII below.*

**Question No. 20:**

For any of the tasks that you answered "yes" in Question No. 19, what is the amount of wages owed to Willie Franklin for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

**CIVIL PENALTIES**

**Question No. 21:**

Did Wal-Mart intentionally fail to pay minimum wage to Willie Franklin, in any pay period from October 10, 2007 to October 15, 2015?

Yes _____          No _____

**Question No. 22:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Willie Franklin from October 10, 2007 to October 15, 2015?

_____ pay periods

United States District Court
Northern District of California

# PART VIII. TIM OPITZ

## MINIMUM WAGE

**Question No. 23:**

Was Tim Opitz paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

      Yes _____          No _____

(B) Performing Post-Trip Inspections

      Yes _____          No _____

(C) Fueling the Tractor

      Yes _____          No _____

(D) Washing the Tractor/Trailer

      Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

      Yes _____          No _____

(H) Meeting with a Driver Coordinator

      Yes _____          No _____

(I) Taking 10-minute Rest Breaks

      Yes _____          No _____

(J) Taking 10-hour Layovers

      Yes _____          No _____

(K) Waiting at a Vendor or Store Location

      Yes _____          No _____

United States District Court
Northern District of California

17

*If your answer to any task in Question No. 23 is "yes," then proceed to Question No. 24.  If you answered "no" for all tasks, skip Question Nos. 24-26 and proceed to Part IX below.*

**Question No. 24:**

For any of the tasks that you answered "yes" in Question No. 23, what is the amount of wages owed to Tim Opitz for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

**CIVIL PENALTIES**

**Question No. 25:**

Did Wal-Mart intentionally fail to pay minimum wage to Tim Opitz, in any pay period from October 10, 2007 to October 15, 2015?

Yes _____          No _____

**Question No. 26:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Tim Opitz from October 10, 2007 to October 15, 2015?

_____ pay periods

United States District Court
Northern District of California

1

## PART IX. FARRIS DAY

## MINIMUM WAGE

**Question No. 27:**

Was Farris Day paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

   Yes _____          No _____

(B) Performing Post-Trip Inspections

   Yes _____          No _____

(C) Fueling the Tractor

   Yes _____          No _____

(D) Washing the Tractor/Trailer

   Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

   Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

   Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

   Yes _____          No _____

(H) Meeting with a Driver Coordinator

   Yes _____          No _____

(I) Taking 10-minute Rest Breaks

   Yes _____          No _____

(J) Taking 10-hour Layovers

   Yes _____          No _____

(K) Waiting at a Vendor or Store Location

   Yes _____          No _____

19

*If your answer to any task in Question No. 27 is "yes," then proceed to Question No. 28.  If you answered "no" for all tasks, skip Question Nos. 28-30 and proceed to Part X below.*

**Question No. 28:**

For any of the tasks that you answered "yes" in Question No. 27, what is the amount of wages owed to Farris Day for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

**CIVIL PENALTIES**

**Question No. 29:**

Did Wal-Mart intentionally fail to pay minimum wage to Farris Day, in any pay period from October 10, 2007 to October 15, 2015?

Yes _____          No _____

**Question No. 30:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Farris Day from October 10, 2007 to October 15, 2015?

_____ pay periods

**PART X. KARL MERHOFF**

**MINIMUM WAGE**

**Question No. 31:**

Was Karl Merhoff paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _____          No _____

(B) Performing Post-Trip Inspections

Yes _____          No _____

(C) Fueling the Tractor

Yes _____          No _____

(D) Washing the Tractor/Trailer

Yes _____          No _____

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _____

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____          No _____

(H) Meeting with a Driver Coordinator

Yes _____          No _____

(I) Taking 10-minute Rest Breaks

Yes _____          No _____

(J) Taking 10-hour Layovers

Yes _____          No _____

(K) Waiting at a Vendor or Store Location

Yes _____          No _____

*If your answer to any task in Question No. 31 is "yes," then proceed to Question No. 32.  If you answered "no" for all tasks, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question No. 32:**

For any of the tasks that you answered "yes" in Question No. 31, what is the amount of wages owed to Karl Merhoff for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $_____

(B) Performing Post-Trip Inspections: $_____

(C) Fueling the Tractor: $_____

(D) Washing the Tractor/Trailer: $_____

(E) Weighing the Tractor/Trailer: $_____

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $_____

(G) Undergoing Department of Transportation Roadside Inspections: $_____

(H) Meeting with a Driver Coordinator: $_____

(I) Taking 10-minute Rest Breaks: $_____

(J) Taking 10-hour Layovers: $_____

(K) Waiting at a Vendor or Store Location: $_____

**CIVIL PENALTIES**

**Question No. 33:**

Did Wal-Mart intentionally fail to pay minimum wage to Karl Merhoff, in any pay period from October 10, 2007 to October 15, 2015?

Yes _____          No _____

**Question No. 34:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Karl Merhoff from October 10, 2007 to October 15, 2015?

_____ pay periods

Once you have completed the entire verdict form, please sign and date it below:


Dated:

_____
Foreperson