United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES RIDGEWAY, ET AL.,

Plaintiffs,

v.

WAL-MART STORES INC.,

Defendant.

Case No. 08-cv-05221-SI

**ORDER RE: TRIAL BRIEFS**

Re: Dkt. Nos. 515, 519

The Court has received defendant Wal-Mart's trial briefs containing objections to the Court's final jury instructions and verdict forms. *See* Dkt. Nos. 515, 519. As of the filing of this Order, the Court has received no opposition from plaintiffs.

The Court will modify Jury Instruction No. 16 as Wal-Mart requests. The requests to modify Jury Instruction No. 12 and the verdict form are DENIED.

**IT IS SO ORDERED**.

Dated: November 21, 2016

SUSAN ILLSTON
United States District Judge