1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    CHARLES RIDGEWAY, ET AL.,              Case No.  08-cv-05221-SI

8                    Plaintiffs,
                                            **JURY VERDICT FORMS**
9            v.

10   WAL-MART STORES INC.,

11                   Defendant.

United States District Court
Northern District of California

Please carefully read and complete this form in the order in which it is presented.

**PART I. CLAIMS OF ALL CLASS MEMBERS EXCEPT CLASS REPRESENTATIVES**

**MINIMUM WAGE**

**Question No. 1:**

Were the class members paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _X_           No _____

(B) Performing Post-Trip Inspections

Yes _X_           No _____

(C) Fueling the Tractor

Yes _____           No _X_

(D) Washing the Tractor/Trailer

Yes _____           No _X_

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____           No _X_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____           No _X_

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____           No _X_

(H) Meeting with a Driver Coordinator

Yes _____           No _X_

(I) Taking 10-minute Rest Breaks

Yes _X_           No _____

(J) Taking 10-hour Layovers

      Yes __X__        No _____

(K) Waiting at a Vendor or Store Location

      Yes _____        No __X__

*If your answer to any task in Question No. 1 is "yes," then proceed to Question No. 2. If you answered "no" for all tasks, skip Question Nos. 2-4 and proceed to Part II below.*

**Question No. 2:**

    For any of the tasks that you answered "yes" in Question No. 1, what is the amount of wages owed for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ 2,971,220

(B) Performing Post-Trip Inspections: $ 2,971,220

(C) Fueling the Tractor: $ Ø

(D) Washing the Tractor/Trailer: $ Ø

(E) Weighing the Tractor/Trailer: $ Ø

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ Ø

(G) Undergoing Department of Transportation Roadside Inspections: $ Ø

(H) Meeting with a Driver Coordinator: $ Ø

(I) Taking 10-minute Rest Breaks: $ 3,961,975

(J) Taking 10-hour Layovers: $ 44,699,766

(K) Waiting at a Vendor or Store Location: $ Ø

United States District Court
Northern District of California

1

**CIVIL PENALTIES**

2  **Question No. 3:**

3     Did Wal-Mart intentionally fail to pay minimum wage to class members, not including the

4  class representatives, in any pay period from October 10, 2007 to October 15, 2015?

5     Yes __X__          No _____

6

7  **Question No. 4:**

8     For how many pay periods (total, for all class members, not including the class

9  representatives) did Wal-Mart fail to pay minimum wage to class members from October 10, 2007

10  to October 15, 2015?

11  *103,221* pay periods

United States District Court
Northern District of California

United States District Court
Northern District of California

# PART II. CHARLES RIDGEWAY

## MINIMUM WAGE

**Question No. 5:**

Was Charles Ridgeway paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

      Yes _X_         No _____

(B) Performing Post-Trip Inspections

      Yes _X_         No _____

(C) Fueling the Tractor

      Yes _____         No _X_

(D) Washing the Tractor/Trailer

      Yes _____         No _X_

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____         No _X_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

      Yes _____         No _X_

(G) Undergoing Department of Transportation Roadside Inspections

      Yes _____         No _X_

(H) Meeting with a Driver Coordinator

      Yes _____         No _X_

(I) Taking 10-minute Rest Breaks

      Yes _X_         No _____

(J) Taking 10-hour Layovers

      Yes _X_         No _____

(K) Waiting at a Vendor or Store Location

      Yes _____         No _X_

*If your answer to any task in Question No. 5 is "yes," then proceed to Question No. 6. If you answered "no" for all tasks, skip Question No. 6 and proceed to Part III below.*

**Question No. 6:**

For any of the tasks that you answered "yes" in Question No. 5, what is the amount of wages owed to Charles Ridgeway for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ 493.82

(B) Performing Post-Trip Inspections: $ 768.52

(C) Fueling the Tractor: $ Ø

(D) Washing the Tractor/Trailer: $ Ø

(E) Weighing the Tractor/Trailer: $ Ø

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ Ø

(G) Undergoing Department of Transportation Roadside Inspections: $ Ø

(H) Meeting with a Driver Coordinator: $ Ø

(I) Taking 10-minute Rest Breaks: $ 1414.14

(J) Taking 10-hour Layovers: $ 8036.98

(K) Waiting at a Vendor or Store Location: $ Ø

## PART III. JAIME FAMOSO

## MINIMUM WAGE

**Question No. 7:**

Was Jaime Famoso paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

     Yes _X_       No _____

(B) Performing Post-Trip Inspections

     Yes _X_       No _____

(C) Fueling the Tractor

     Yes _____       No _X_

(D) Washing the Tractor/Trailer

     Yes _____       No _X_

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

     Yes _____       No _X_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

     Yes _____       No _X_

(G) Undergoing Department of Transportation Roadside Inspections

     Yes _____       No _X_

(H) Meeting with a Driver Coordinator

     Yes _____       No _X_

(I) Taking 10-minute Rest Breaks

     Yes _X_       No _____

(J) Taking 10-hour Layovers

     Yes _X_       No _____

(K) Waiting at a Vendor or Store Location

     Yes _____       No _X_

United States District Court
Northern District of California

1   *If your answer to any task in Question No. 7 is "yes," then proceed to Question No. 8.  If you*

2   *answered "no" for all tasks, skip Question Nos. 8-10 and proceed to Part IV below.*

3

4   **Question No. 8:**

5   For any of the tasks that you answered "yes" in Question No. 7, what is the amount of

6   wages owed to Jaime Famoso for hours worked at pay less than the minimum wage?

7   (A) Performing Pre-Trip Inspections: $ *2190.26*

8   (B) Performing Post-Trip Inspections: $ *3365.49*

9   (C) Fueling the Tractor: $ *Ø*

10   (D) Washing the Tractor/Trailer: $ *Ø*

11   (E) Weighing the Tractor/Trailer: $ *Ø*

12   (F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh

13   Station: $ *Ø*

14   (G) Undergoing Department of Transportation Roadside Inspections: $ *Ø*

15   (H) Meeting with a Driver Coordinator: $ *Ø*

16   (I) Taking 10-minute Rest Breaks: $ *6,031.08*

17   (J) Taking 10-hour Layovers: $ *21,993.79*

18   (K) Waiting at a Vendor or Store Location: $ *Ø*

19

20   **CIVIL PENALTIES**

21   **Question No. 9:**

22   Did Wal-Mart intentionally fail to pay minimum wage to Jaime Famoso, in any pay period

23   from October 10, 2007 to October 15, 2015?

24   Yes *X*          No _____

25   **Question No. 10:**

26   For how many pay periods did Wal-Mart fail to pay minimum wage to Jaime Famoso from

27   October 10, 2007 to October 15, 2015?

28   *64* pay periods

United States District Court
Northern District of California

# PART IV. JOSHUA HAROLD

## MINIMUM WAGE

**Question No. 11:**

Was Joshua Harold paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

     Yes __X__          No _____

(B) Performing Post-Trip Inspections

     Yes __X__          No _____

(C) Fueling the Tractor

     Yes _____          No __X__

(D) Washing the Tractor/Trailer

     Yes _____          No __X__

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

     Yes _____          No __X__

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

     Yes _____          No __X__

(G) Undergoing Department of Transportation Roadside Inspections

     Yes _____          No __X__

(H) Meeting with a Driver Coordinator

     Yes _____          No __X__

(I) Taking 10-minute Rest Breaks

     Yes __X__          No _____

(J) Taking 10-hour Layovers

     Yes __X__          No _____

(K) Waiting at a Vendor or Store Location

     Yes _____          No __X__

9

*If your answer to any task in Question No. 11 is "yes," then proceed to Question No. 12. If you answered "no" for all tasks, skip Question Nos. 12-14 and proceed to Part V below.*

**Question No. 12:**

For any of the tasks that you answered "yes" in Question No. 11, what is the amount of wages owed to Joshua Harold for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ 3,093.18

(B) Performing Post-Trip Inspections: $ 4,240.79

(C) Fueling the Tractor: $ Ø

(D) Washing the Tractor/Trailer: $ Ø

(E) Weighing the Tractor/Trailer: $ Ø

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ Ø

(G) Undergoing Department of Transportation Roadside Inspections: $ Ø

(H) Meeting with a Driver Coordinator: $ Ø

(I) Taking 10-minute Rest Breaks: $ 7,788.05

(J) Taking 10-hour Layovers: $ 95,556.21

(K) Waiting at a Vendor or Store Location: $ Ø

### CIVIL PENALTIES

**Question No. 13:**

Did Wal-Mart intentionally fail to pay minimum wage to Joshua Harold, in any pay period from October 10, 2007 to October 15, 2015?

Yes ✗          No _____

**Question No. 14:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Joshua Harold from October 10, 2007 to October 15, 2015?

196 pay periods

United States District Court
Northern District of California

# PART V. RICHARD BYERS

## MINIMUM WAGE

**Question No. 15:**

Was Richard Byers paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

    Yes  _✗_        No  _____

(B) Performing Post-Trip Inspections

    Yes  _✗_        No  _____

(C) Fueling the Tractor

    Yes  _____        No  _✗_

(D) Washing the Tractor/Trailer

    Yes  _____        No  _✗_

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes  _____        No  _✗_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes  _____        No  _✗_

(G) Undergoing Department of Transportation Roadside Inspections

    Yes  _____        No  _✗_

(H) Meeting with a Driver Coordinator

    Yes  _____        No  _✗_

(I) Taking 10-minute Rest Breaks

    Yes  _✗_        No  _____

(J) Taking 10-hour Layovers

    Yes  _✗_        No  _____

(K) Waiting at a Vendor or Store Location

    Yes  _____        No  _✗_

United States District Court
Northern District of California

*If your answer to any task in Question No. 15 is "yes," then proceed to Question No. 16. If you answered "no" for all tasks, skip Question No. 16 and proceed to Part VI below.*

**Question No. 16:**

For any of the tasks that you answered "yes" in Question No. 15, what is the amount of wages owed to Richard Byers for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ 283.12

(B) Performing Post-Trip Inspections: $ 449.23

(C) Fueling the Tractor: $ Ø

(D) Washing the Tractor/Trailer: $ Ø

(E) Weighing the Tractor/Trailer: $ Ø

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ Ø

(G) Undergoing Department of Transportation Roadside Inspections: $ Ø

(H) Meeting with a Driver Coordinator: $ Ø

(I) Taking 10-minute Rest Breaks: $ 929.08

(J) Taking 10-hour Layovers: $ 9,662.32

(K) Waiting at a Vendor or Store Location: $ Ø

United States District Court
Northern District of California

# PART VI. DAN THATCHER

## MINIMUM WAGE

**Question No. 17:**

Was Dan Thatcher paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

    Yes __X__       No _____

(B) Performing Post-Trip Inspections

    Yes __X__       No _____

(C) Fueling the Tractor

    Yes _____       No __X__

(D) Washing the Tractor/Trailer

    Yes _____       No __X__

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes _____       No __X__

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes _____       No __X__

(G) Undergoing Department of Transportation Roadside Inspections

    Yes _____       No __X__

(H) Meeting with a Driver Coordinator

    Yes _____       No __X__

(I) Taking 10-minute Rest Breaks

    Yes __X__       No _____

(J) Taking 10-hour Layovers

    Yes __X__       No _____

(K) Waiting at a Vendor or Store Location

    Yes _____       No __X__

United States District Court
Northern District of California

*If your answer to any task in Question No. 17 is "yes," then proceed to Question No. 18.  If you answered "no" for all tasks, skip Question No. 18 and proceed to Part VII below.*

**Question No. 18:**

For any of the tasks that you answered "yes" in Question No. 17, what is the amount of wages owed to Dan Thatcher for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ *145.69*

(B) Performing Post-Trip Inspections: $ *227.72*

(C) Fueling the Tractor: $ *Ø*

(D) Washing the Tractor/Trailer: $ *Ø*

(E) Weighing the Tractor/Trailer: $ *Ø*

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ *Ø*

(G) Undergoing Department of Transportation Roadside Inspections: $ *Ø*

(H) Meeting with a Driver Coordinator: $ *Ø*

(I) Taking 10-minute Rest Breaks: $ *419.07*

(J) Taking 10-hour Layovers: $ *4,522.88*

(K) Waiting at a Vendor or Store Location: $ *Ø*

# PART VII. WILLIE FRANKLIN

## MINIMUM WAGE

**Question No. 19:**

Was Willie Franklin paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _X_          No _____

(B) Performing Post-Trip Inspections

Yes _X_          No _____

(C) Fueling the Tractor

Yes _____          No _X_

(D) Washing the Tractor/Trailer

Yes _____          No _X_

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _X_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____          No _X_

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____          No _X_

(H) Meeting with a Driver Coordinator

Yes _____          No _X_

(I) Taking 10-minute Rest Breaks

Yes _X_          No _____

(J) Taking 10-hour Layovers

Yes _X_          No _____

(K) Waiting at a Vendor or Store Location

Yes _____          No _X_

15

United States District Court
Northern District of California

*If your answer to any task in Question No. 19 is "yes," then proceed to Question No. 20. If you answered "no" for all tasks, skip Question Nos. 20-22 and proceed to Part VIII below.*

**Question No. 20:**

For any of the tasks that you answered "yes" in Question No. 19, what is the amount of wages owed to Willie Franklin for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ _959.11_

(B) Performing Post-Trip Inspections: $ _1,408.58_

(C) Fueling the Tractor: $ _∅_

(D) Washing the Tractor/Trailer: $ _∅_

(E) Weighing the Tractor/Trailer: $ _∅_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ _∅_

(G) Undergoing Department of Transportation Roadside Inspections: $ _∅_

(H) Meeting with a Driver Coordinator: $ _∅_

(I) Taking 10-minute Rest Breaks: $ _2,637.29_

(J) Taking 10-hour Layovers: $ _21,011.71_

(K) Waiting at a Vendor or Store Location: $ _∅_

**CIVIL PENALTIES**

**Question No. 21:**

Did Wal-Mart intentionally fail to pay minimum wage to Willie Franklin, in any pay period from October 10, 2007 to October 15, 2015?

Yes _X_          No _____

**Question No. 22:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Willie Franklin from October 10, 2007 to October 15, 2015?

_26_ pay periods

16

# PART VIII. TIM OPITZ

## MINIMUM WAGE

**Question No. 23:**

Was Tim Opitz paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

    Yes __✕__       No _____

(B) Performing Post-Trip Inspections

    Yes __✕__       No _____

(C) Fueling the Tractor

    Yes _____       No __✕__

(D) Washing the Tractor/Trailer

    Yes _____       No __✕__

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes _____       No __✕__

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

    Yes _____       No __✕__

(G) Undergoing Department of Transportation Roadside Inspections

    Yes _____       No __✕__

(H) Meeting with a Driver Coordinator

    Yes _____       No __✕__

(I) Taking 10-minute Rest Breaks

    Yes __✕__       No _____

(J) Taking 10-hour Layovers

    Yes __✕__       No _____

(K) Waiting at a Vendor or Store Location

    Yes _____       No __✕__

United States District Court
Northern District of California

*If your answer to any task in Question No. 23 is "yes," then proceed to Question No. 24. If you answered "no" for all tasks, skip Question Nos. 24-26 and proceed to Part IX below.*

**Question No. 24:**

For any of the tasks that you answered "yes" in Question No. 23, what is the amount of wages owed to Tim Opitz for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ _1,561.70_

(B) Performing Post-Trip Inspections: $ _2,418.57_

(C) Fueling the Tractor: $ _∅_

(D) Washing the Tractor/Trailer: $ _∅_

(E) Weighing the Tractor/Trailer: $ _∅_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ _∅_

(G) Undergoing Department of Transportation Roadside Inspections: $ _∅_

(H) Meeting with a Driver Coordinator: $ _∅_

(I) Taking 10-minute Rest Breaks: $ _4,417.60_

(J) Taking 10-hour Layovers: $ _41,433.07_

(K) Waiting at a Vendor or Store Location: $ _∅_

**CIVIL PENALTIES**

**Question No. 25:**

Did Wal-Mart intentionally fail to pay minimum wage to Tim Opitz, in any pay period from October 10, 2007 to October 15, 2015?

Yes _X_          No _____

**Question No. 26:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Tim Opitz from October 10, 2007 to October 15, 2015?

_31_ pay periods

18

United States District Court
Northern District of California

# PART IX. FARRIS DAY

## MINIMUM WAGE

**Question No. 27:**

Was Farris Day paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _X_        No _____

(B) Performing Post-Trip Inspections

Yes _X_        No _____

(C) Fueling the Tractor

Yes _____        No _X_

(D) Washing the Tractor/Trailer

Yes _____        No _X_

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____        No _X_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____        No _X_

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____        No _X_

(H) Meeting with a Driver Coordinator

Yes _____        No _X_

(I) Taking 10-minute Rest Breaks

Yes _X_        No _____

(J) Taking 10-hour Layovers

Yes _X_        No _____

(K) Waiting at a Vendor or Store Location

Yes _____        No _X_

*If your answer to any task in Question No. 27 is "yes," then proceed to Question No. 28. If you answered "no" for all tasks, skip Question Nos. 28-30 and proceed to Part X below.*

**Question No. 28:**

For any of the tasks that you answered "yes" in Question No. 27, what is the amount of wages owed to Farris Day for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ 1,256.94

(B) Performing Post-Trip Inspections: $ 1,908.60

(C) Fueling the Tractor: $ Ø

(D) Washing the Tractor/Trailer: $ Ø

(E) Weighing the Tractor/Trailer: $ Ø

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ Ø

(G) Undergoing Department of Transportation Roadside Inspections: $ Ø

(H) Meeting with a Driver Coordinator: $ Ø

(I) Taking 10-minute Rest Breaks: $ 3,516.07

(J) Taking 10-hour Layovers: $ 37,575.41

(K) Waiting at a Vendor or Store Location: $ Ø

**CIVIL PENALTIES**

**Question No. 29:**

Did Wal-Mart intentionally fail to pay minimum wage to Farris Day, in any pay period from October 10, 2007 to October 15, 2015?

Yes ✗          No _____

**Question No. 30:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Farris Day from October 10, 2007 to October 15, 2015?

34 pay periods

United States District Court
Northern District of California

**PART X. KARL MERHOFF**

**MINIMUM WAGE**

**Question No. 31:**

Was Karl Merhoff paid less than the minimum wage by Wal-Mart for some or all hours worked for any of the following tasks?

(A) Performing Pre-Trip Inspections

Yes _X_       No _____

(B) Performing Post-Trip Inspections

Yes _X_       No _____

(C) Fueling the Tractor

Yes _____       No _X_

(D) Washing the Tractor/Trailer

Yes _____       No _X_

(E) Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____       No _X_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station

Yes _____       No _X_

(G) Undergoing Department of Transportation Roadside Inspections

Yes _____       No _X_

(H) Meeting with a Driver Coordinator

Yes _____       No _X_

(I) Taking 10-minute Rest Breaks

Yes _X_       No _____

(J) Taking 10-hour Layovers

Yes _X_       No _____

(K) Waiting at a Vendor or Store Location

Yes _____       No _X_

United States District Court
Northern District of California

21

United States District Court
Northern District of California

*If your answer to any task in Question No. 31 is "yes," then proceed to Question No. 32. If you answered "no" for all tasks, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question No. 32:**

For any of the tasks that you answered "yes" in Question No. 31, what is the amount of wages owed to Karl Merhoff for hours worked at pay less than the minimum wage?

(A) Performing Pre-Trip Inspections: $ _1, 051 . 88_

(B) Performing Post-Trip Inspections: $ _1, 613 . 39_

(C) Fueling the Tractor: $ _Ø_

(D) Washing the Tractor/Trailer: $ _Ø_

(E) Weighing the Tractor/Trailer: $ _Ø_

(F) Performing Adjustments after Weighing the Tractor/Trailer at an Independent Weigh Station: $ _Ø_

(G) Undergoing Department of Transportation Roadside Inspections: $ _Ø_

(H) Meeting with a Driver Coordinator: $ _Ø_

(I) Taking 10-minute Rest Breaks: $ _2, 977 . 15_

(J) Taking 10-hour Layovers: $ _38, 039 . 09_

(K) Waiting at a Vendor or Store Location: $ _Ø_

**CIVIL PENALTIES**

**Question No. 33:**

Did Wal-Mart intentionally fail to pay minimum wage to Karl Merhoff, in any pay period from October 10, 2007 to October 15, 2015?

Yes _X_          No _____

**Question No. 34:**

For how many pay periods did Wal-Mart fail to pay minimum wage to Karl Merhoff from October 10, 2007 to October 15, 2015?

_27_ pay periods

1

2    Once you have completed the entire verdict form, please sign and date it below:

3

4    Dated:    11 - 23 - 16

5                                                    Brian J. Murphy
6                                                    Foreperson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28