UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, et al., | Case No.  08-cv-05221-SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WAL-MART STORES INC., | |
| Defendant. | |

In accordance with the jury's verdict, filed November 23, 2016, and this Court's Order Granting in Part and Denying in Part Plaintiffs' Post-Trial Motion, filed January 25, 2017, judgment is hereby entered in favor of plaintiffs and against defendant in the amounts as follows.

Class Members, excluding class representatives, for October 10, 2005, to October 15, 2015: **$54,604,181.00**

Class Members, including class representatives, for October 10, 2004, through October 9, 2005: **$5,861, 147.00**

Class representatives, individually, for October 10, 2005, to October 15, 2015:

Charles Ridgeway:     **$10,713.46**

Jaime Famoso:     **$33,580.62**

Joshua Harold:     **$110,678.23**

Richard Byers:     **$10,623.75**

Dan Thatcher:     **$5,315.36**

Willie Franklin:     **$26,016.69**

| | |
|---|---|
| Tim Opitz: | **$49,822.94** |
| Farris Day: | **$44,251.02** |
| Karl Merhoff: | **$43,681.51** |

**IT IS SO ORDERED AND ADJUDGED**.

Dated:  January 25, 2017

_____

SUSAN ILLSTON
United States District Judge