| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>SCOTT A. EDELMAN, SBN 116927<br>sedelman@gibsondunn.com<br>CATHERINE A. CONWAY, SBN 98366<br>cconway@gibsondunn.com<br>JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>MICHAEL LI-MING WONG, SBN 194130<br>mwong@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant<br>WAL-MART STORES, INC. | **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**<br>JAMES H. HANSON (admitted *pro hac vice*)<br>jhanson@scopelitis.com<br>10 West Market Street, Suite 1500<br>Indianapolis, IN 46204<br>Telephone: 317.492.9205<br>Facsimile: 317.687.2414<br><br>**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**<br>ADAM C. SMEDSTAD, SBN 303591<br>asmedstad@scopelitis.com<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603<br>Telephone: 312.255.7200<br>Facsimile: 312.422.1224 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, NINO PAGTAMA, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, KARL MERHOFF, and MICHAEL KROHN,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation dba WAL-MART TRANSPORTATION LLC, and Does 1-50,<br><br>Defendants.<br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI<br><br>**MANUAL FILING NOTIFICATION REGARDING EXHIBITS A AND B TO DECLARATION OF RACHEL S. BRASS IN SUPPORT OF WAL-MART STORES, INC.'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND ENHANCEMENT AWARDS** |

**MANUAL FILING NOTIFICATION**

Regarding:    USB Containing Native Excel Versions of Exhibits A and B to Declaration of Rachel S. Brass in Support of Wal-Mart Stores, Inc.'s Brief in Opposition to Plaintiffs' Motion for Attorneys' Fees, Expenses, and Enhancement Awards

This filing was not e-filed for the following reasons:

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (please describe):

___ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal in Criminal Case

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_X_ Other (please describe):  In addition to the PDF version of Exhibits A and B filed through ECF, Wal-Mart submits a USB drive containing Exhibits A and B as in their native format as Excel spreadsheets so that the Court may sort Plaintiffs' time and cost submissions as described and explained in the Brass Declaration.

Dated:  May 26, 2017

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/          *Scott A. Edelman*
          Scott A. Edelman

Attorney for Defendant WAL-MART STORES, INC.