**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
SCOTT A. EDELMAN, SBN 116927
sedelman@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
jcripps@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

**GIBSON, DUNN & CRUTCHER LLP**
MICHAEL LI-MING WONG, SBN 194130
mwong@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**
JAMES H. HANSON (admitted *pro hac vice*)
jhanson@scopelitis.com
10 West Market Street, Suite 1500
Indianapolis, IN 46204
Telephone: 317.492.9205
Facsimile: 317.687.2414

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**
ADAM C. SMEDSTAD, SBN 303591
asmedstad@scopelitis.com
30 West Monroe Street, Suite 600
Chicago, IL 60603
Telephone: 312.255.7200
Facsimile: 312.422.1224

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGEWAY, JAIME FAMOSO, JOSHUA HAROLD, RICHARD BYERS, DAN THATCHER, WILLIE FRANKLIN, TIM OPITZ, FARRIS DAY, and KARL MERHOFF,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART TRANSPORTATION LLC, and Does One through and including Doe Fifty,<br><br>Defendants.<br><br>[Previously captioned as *Bryan et al. v. Wal-Mart Stores, Inc.*] | CASE NO. 3:08-cv-05221-SI<br><br>**DEFENDANT WAL-MART STORES, INC.'S AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

# AMENDED NOTICE OF APPEAL

Notice is hereby given that Wal-Mart Stores, Inc. ("Wal-Mart"), defendant in the above-named case, hereby amends its Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, filed with this Court on May 12, 2017 (ECF No. 580), and docketed in the United States Court of Appeals for the Ninth Circuit as Case No. 17-15983.

With this Amended Notice of Appeal, Wal-Mart hereby appeals from the final judgment entered in this action on January 25, 2017 (ECF No. 555), the order denying Wal-Mart's motions for decertification, a new trial, and judgment notwithstanding the verdict entered on May 1, 2017 (ECF No. 577), and all interlocutory orders that gave rise to the judgment, including, without limitation, the order granting Plaintiffs' motion for precertification communication (ECF No. 56), the order certifying the class (ECF No. 158), the order granting partial summary judgment to Plaintiffs on their minimum wage claim (ECF No. 211), the order granting partial summary judgment to Plaintiffs on their Unfair Competition Law claim (ECF No. 286), the order denying Wal-Mart's motion for decertification and granting summary judgment to Plaintiffs on Wal-Mart's preemption defense (ECF No. 405), and the order denying Wal-Mart's motions to strike expert reports (ECF No. 417), as well as the order granting in part and denying in part Plaintiffs' motion for attorneys' fees and costs (ECF No. 606). In this Amended Notice of Appeal, Wal-Mart expressly incorporates its prior Notice of Appeal (ECF No. 580).

Wal-Mart's Representation Statement is attached to this Amended Notice as required by Federal Rule of Appellate Procedure 12(b), and Ninth Circuit Rules 3-2(b) and 12-2.

Dated: September 29, 2017                GIBSON, DUNN & CRUTCHER LLP

By: /s/           *Theodore J. Boutrous, Jr.*
                  Theodore J. Boutrous, Jr.

Attorney for Defendant
WAL-MART STORES, INC.

# REPRESENTATION STATEMENT

The undersigned represents Defendant-Appellant Wal-Mart Stores, Inc. and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rules 3-2(b) and 12-2, Wal-Mart submits this Representation Statement. The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellees Charles Ridgeway, Jaime Famoso, Joshua Harold, Richard Byers, Dan Thatcher, Willie Franklin, Tim Opitz, Farris Day, and Karl Merhoff | **WAGNER, JONES, KOPFMAN & ARTENIAN LLP**<br>Lawrence M. Artenian, SBN 103367<br>lartenian@wagnerjones.com<br>Andrew B. Jones, SBN 076915<br>ajones@wagnerjones.com<br>Daniel M. Kopfman, SBN 192191<br>dkopfman@wagnerjones.com<br>Nicholas J.P. Wagner, SBN 109455<br>bwagner@wagnerjones.com<br>Angela E. Martinez, SBN 297169<br>amartinez@wagnerjones.com<br>1111 East Herndon Avenue, Suite 317<br>Fresno, CA 93720<br>Telephone: 559.449.1800<br>Facsimile: 559.449.0749<br><br>**LAW OFFICES OF JACOB M. WEISBERG**<br>Jacob M. Weisberg, SBN 049065<br>jmw@jweisberglaw.com<br>844 North Van Ness Avenue<br>Fresno, CA 93728<br>Telephone: 559.441.0201<br>Facsimile: 559.442.3164<br><br>**MARLIN & SALTZMAN**<br>Stanley Saltzman, SBN 99058<br>ssaltzman@marlinsaltzman.com<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>Telephone: 818.991.8080<br>Facsimile: 818.991.8081 |

| | |
|---|---|
| Defendant-Appellant Wal-Mart Stores, Inc. | **GIBSON, DUNN & CRUTCHER LLP**<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>SCOTT A. EDELMAN, SBN 116927<br>sedelman@gibsondunn.com<br>CATHERINE A. CONWAY, SBN 98366<br>cconway@gibsondunn.com<br>JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>MICHAEL LI-MING WONG, SBN 194130<br>mwong@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**<br>JAMES H. HANSON (admitted *pro hac vice*)<br>jhanson@scopelitis.com<br>10 West Market Street, Suite 1500<br>Indianapolis, IN 46204<br>Telephone: 317.492.9205<br>Facsimile: 317.687.2414<br><br>**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC**<br>ADAM C. SMEDSTAD, SBN 303591<br>asmedstad@scopelitis.com<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603<br>Telephone: 312.255.7200<br>Facsimile: 312.422.1224 |