Curtis Smolar SBN 194700
General Counsel
Legalist Inc.
10120 W Flamingo Rd Ste 4 #3015
Las Vegas, NV 89147
Telephone:  (415) 429-8168

1
2
3
4

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

5
6

| | |
|---|---|
| CHARLES RIDGEWAY, *et al.*, | Case No. 3:08-cv-05221-SI |
| Plaintiffs, | **LEGALIST, INC.'S NOTICE OF JUDGMENT LIEN ON FUNDS OWED TO RUSSELL MYRICK AND RDM LEGAL GROUP** |
| vs. | |
| WALMART STORES, INC., *et al.*, | |
| Defendants. | |

7
8
9
10
11
12

        NOTICE IS HEREBY GIVEN that Legalist, Inc. ("Legalist"), as party to a Litigation

Funding Agreement with RUSSELL MYRICK and RDM LEGAL GROUP (the "Agreement")

(Exhibit A), has a valid, first-priority lien against RUSSELL MYRICK and RDM LEGAL

GROUP in the amount of 588,256.85, pursuant to the Agreement.

        Legalist's lien  attaches to attorneys' fees owed to RUSSELL MYRICK and RDM LEGAL

GROUP.  A copy of Legalist's current UCC-1 financing statement reflecting this lien is attached

hereto as Exhibit A.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       Legalist demands that its lien against RUSSELL MYRICK and RDM LEGAL GROUP be

2 satisfied from attorneys' fees owed to RUSSELL MYRICK and RDM LEGAL GROUP in

3 connection with this matter.

Dated:  July 30, 2019                             Respectfully submitted,

*/s/ Curtis Smolar*

Curtis Smolar SBN 194700
General Counsel
Legalist, Inc.
10120 W. Flamingo Rd
Ste. 4#3015
Las Vegas, NV 89147
Telephone:  (415) 429-8168