United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RIDGWAY, et al., | Case No. 08-cv-05221-SI |
| Plaintiffs, | |
| v. | **ORDER CONDITIONALLY GRANTING MOTION FOR DISBURSEMENT OF FUNDS** |
| WAL-MART STORES INC., | |
| Defendant. | Re: Dkt. No. 643 |

On July 9, 2021, Keith Woolfolk, a class member of the instant action, filed a motion seeking disbursement of funds post-bankruptcy. Dkt. No. 643. On August 13, 2021, the Court held a hearing during which Mr. Woolfolk's counsel estimated Mr. Woolfolk was entitled to approximately $100,000 as his class award. The Court orders as follows:

Mr. Woolfolk's motion for disbursement is GRANTED – however, whatever money he is entitled to as a class member shall not be disbursed to him until September 3, 2021 (21 days from the date of this order).

Mr. Woolfolk shall forthwith inform the bankruptcy trustee, Michael H. Meyer, of today's hearing and the instant order so the trustee may object or otherwise petition this Court for relief regarding the disbursement.

Assuming no objection is made, Mr. Woolfolk's check shall be sent to the address of his attorney of record, Mr. Patrick Kavanaugh at 1331 L Street, Bakersfield, CA 93301.

On or before August 20, 2021, Mr. Woolfolk shall submit a declaration confirming the representation his counsel made during the August 13, 2021 hearing that Mr. Woolfolk did not

1    receive any discharge of his debts through his Chapter 13 proceeding.

2

3         **IT IS SO ORDERED**.

4    Dated: August 13, 2021

5    _____

6    SUSAN ILLSTON
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California